Instr #2018072460 BK: 4623 PG: 98, Filed & Recorded: 10/5/2018 12:02 PM #Pgs:16

Hunter S. Conrad, Clerk of the Circuit Court & Comptroller St. Johns County, Florida Filed 05/21/23   Page 1 of 16 PageID 475

EXHIBIT B

**THIS INSTRUMENT PREPARED BY
AND SHOULD BE RETURNED TO:**
Jesse E. Graham, Jr., Esq.
GRAHAM LEGAL GROUP, PLLC
3208C E. Colonial Drive, Suite 292
Orlando, Florida 32803
File No.

## ASSIGNMENT OF DEVELOPMENT RIGHTS

THIS ASSIGNMENT OF DEVELOPMENT RIGHTS (the "**Assignment**") is made effective as of the 1st day of October, 2018 by and between **SOUTHEAST DEVELOPMENT PARTNERS, LLC**, a Florida limited liability company, whose address is P.O. Box 662, Ponte Vedra, Florida 32004 ("**Assignor**") and **SOUTHEAST LAND VENTURES, LLC**, a Florida limited liability company, whose address is P.O. Box 662, Ponte Vedra, Florida 32004 ("**Assignee**").

### W I T N E S S E T H:

WHEREAS, Assignee has a contract (the "**Contract**") to purchase from Day Late Enterprises, Inc., a Florida corporation, joined by Dennis M. Smith Jr., Julie Smith, husband and wife (collectively, the "**Sellers**"), fee simple title to a certain parcel of land located in **St. Johns** County, Florida, as more particularly described as follows:

See *Exhibit "A"* attached hereto and incorporated herein by reference
(hereinafter referred to as the "**Property**"); and

WHEREAS, Assignor, on behalf of the Sellers as a development manager, has obtained certain entitlement and other development rights for the benefit of the Property; and

WHEREAS, Assignor by virtue of the Contract and other related agreements affecting the Property will be the developer of the Property; and

WHEREAS, Assignor wishes to assign and allocate to Assignee any and all of its Development Rights (as hereafter defined) applicable to the Property to enable Assignee to realize the benefits of the Development Rights and fully develop the Property as a residential subdivision.

NOW, THEREFORE, in consideration of TEN DOLLARS ($10.00) and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor and Assignee hereby agree as follows:

1.    <u>Assignment</u>.   Assignor hereby sells, assigns, transfers, conveys and allocates to Assignee all of Assignor's present and future rights, title and interest, if any, relating to the Property

1

<u>EXHIBIT B</u>

in the following (herein collectively called "**Development Rights**"): existing permits, approvals, rights, plans, reports, studies, site plans, surveys, marketing and engineering studies and reports, engineering plans, warranties, utility rights and capacities including all water and sewer agreements, guaranties, bonds and similar rights and interests relating solely to the Property, including but not limited to, all site improvement construction plans and engineering drawings together with all other planned unit development rights, entitlements and concurrency and impact fee agreements pertaining to or benefiting the Property issued by St. Johns County, Florida, the St. Johns River Water Management District, the Florida Department of Environmental Protection, the Florida Department of Transportation, the U.S. Army Corps of Engineers, and any other governmental agency having jurisdiction over the Property.   Assignee hereby accepts the foregoing assignment of the Development Rights by Assignor to Assignee.

       2.   <u>Representations of Assignor</u>.  Assignor represents to Assignee that Assignor has not assigned or granted any liens or security interests in all or any portion of the Development Rights to any other party.

       3.   <u>Cooperation</u>.  Assignor hereby agrees to execute any documents reasonably required to further evidence the conveyance to Assignee of any portion of the Development Rights to the extent required by any governmental authority or utility as reasonably requested by Assignee.

       4.   <u>Binding Effect</u>.  This Assignment shall be binding on and inure to the benefit of the parties and their respective heirs, legal representatives, successors and assigns, and the benefits hereof shall run with the land.

*{Signatures appear on the following pages.}*

EXHIBIT B

IN WITNESS WHEREOF, the Assignor and Assignee have caused this Assignment to be executed in their respective names as of the day and year first above written.

Signed, sealed and delivered in the presence of the following witnesses:

*Dana Lynn Workman*
Print Name: DANA LYNN WORKMAN

*Stephanie Rultell*
Print Name: Stephanie Rutk ll

**ASSIGNOR:**

**SOUTHEAST          DEVELOPMENT PARTNERS, LLC**, a Florida limited liability company

By: _____
          Keith G. Hyatt
As its:  Member

STATE OF FLORIDA
COUNTY OF    St. Johns

The foregoing instrument was acknowledged before me this 3ᵉᵈ day of October, 2018, by Keith G. Hyatt as Member of Southeast Development Partners, LLC, a Florida limited liability company, on behalf of the company.  He ☑ is personally known to me or ☐ did produce _____ as identification.

Notary Seal:

Dana Lynn Workman
State of Florida
My Commission Expires 09/29/2021
Commission No. GG 145375

*Dana Lynn Workman*
Notary Public

EXHIBIT B

Signed, sealed and delivered in the presence
of the following witnesses:

_Susan S. Bloodworth_
Print Name: SUSAN S. BLOODWORTH

_Vicky L. Williams_
Print Name: VICKY L. WILLIAMS

**ASSIGNEE:**

**SOUTHEAST LAND VENTURES, LLC,** a
Florida limited liability company

By: _Keith Hyatt_
      Keith G. Hyatt
As its:  Member


STATE OF FLORIDA
COUNTY OF   St. Johns

    The foregoing instrument was acknowledged before me this 3rd day of October, 2018, by
Keith G. Hyatt as Member of Southeast Land Ventures, LLC, a Florida limited liability company, on
behalf of the company.  He  ☑ is personally known to me or ☐ did produce
_____ as identification.

Notary Seal:

_Vicky L. Williams_
Notary Public

VICKY L. WILLIAMS
Commission # GG 020837
Expires October 25, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

EXHIBIT B

## EXHIBIT "A"

## LEGAL DESCRIPTION

PARCEL 1

VESTING DEED – OFFICIAL RECORDS BOOK 1077, PAGE 1902

ALL OF THAT PORTION OF THE FOLLOWING DESCRIBED LAND WHICH LIES SOUTHERLY OF STATE ROAD #16, ST. JOHNS COUNTY, FLORIDA BEING GOVERNMENT LOTS 4, 7 AND 8 AND THE EAST ONE HALF OF THE SOUTHWEST ONE QUARTER OF SECTION 26, TOWNSHIP 6 SOUTH, RANGE 28 EAST, TOGETHER WITH THE GOVERNMENT LOTS 1 AND 2, SECTION 34, TOWNSHIP 6 SOUTH, RANGE 28 EAST, THE NORTH ONE HALF OF SECTION 35, TOWNSHIP 6 SOUTH, RANGE 28 EAST AND THE NORTH ONE HALF SECTION 36, TOWNSHIP 6 SOUTH, RANGE 28 EAST, EXCEPTING THEREFROM THOSE PARCELS OF LAND DESCRIBED IN OFFICIAL RECORD BOOK 843, PAGE 1296, OFFICIAL RECORD BOOK 847, PAGE 366 AND OFFICIAL RECORD BOOK 834,PAGE 149, ALSO EXCEPTING THEREFROM THAT PARCEL OF LAND DESCRIBED AS PARCEL "C" IN OFFICIAL RECORD BOOK 871, PAGE 324, ALL RECORDED IN THE PUBLIC RECORDS OF SAID ST. JOHNS COUNTY, FLORIDA.

BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE INTERSECTION OF THE LAST EAST LINE OF SECTION 38 AND THE SOUTHERLY RIGHT-OF-WAY LINE OF STATE ROAD #16 A 200 FOOT WIDE RIGHT-OF-WAY; THENCE, SOUTH19 DEGREES 21 MINUTES 08 SECONDS WEST, 3198.04; THENCE SOUTH 00 DEGRESS 32 MINUTES 53 SECONDS EAST, 1136.89 FEET; THENCE SOUTH 89 DEGREES 26 MINUTES 31 SECONDS WEST, 411.58 FEET; THENCE SOUTH 19 DEGREES 21 MINUTES 08 SECONDS WEST, 2804.51 FEET, THENCE NORTH 89 DEGREES 25 MINUTES 40 SECONDS EAST, 6733.00 FEET; THENCE NORTH 54 DEGREES 13 MINUTES 47 SECONDS EAST 2474.79 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF STATE ROAD #16; THENCE NORTH 36 DEGREES 41 MINUTES 43 SECONDS WEST ALONG SAID RIGHT OF WAY LINE ,1268.65 FEET TO A POINT OF CURVATURE, SAID CURVE HAVING A DELTA OF 03 DEGREES 04 MINUTES 06 SECONDS, RADIUS OF 1839.86 FEET AND TANGENT OF 49.28FEET, THENCE ALONG THE ARC OF SAID CURVE 98.53 FEET; THENCE SOUTH 89 DEGREES 42 MINUTES 00 SECONDS WEST, 1261.08 FEET (DEED - 1268.31 FEET); THENCE SOUTH 89 DEGREES 26 MINUTES 31 SECONDS WEST, 1210.84 FEET (DEED - 1209.02 FEET); THENCE NORTH 00 DEGREES 33 MINUTES 29 SECONDS WEST, 100.00 FEET; THENCE SOUTH 89 DEGREES 26 MINUTES 31 SECONDS WEST, 1447.60 FEET; THENCE NORTH 00 DEGREES 32 MINUTES 53 SECONDS WEST, 1146.68 FEET; THENCE NORTH 79 DEGREES 36 MINUTES 30 SECONDS WEST, 745.89 FEET (DEED – 748.43 FEET); THENCE NORTH 13 DEGREES 45 MINUTES 18 SECONDS EAST, 307.87 FEET; THENCE NORTH 05 DEGREES 58 MINUTES 32 SECONDS EAST, 545.65 FEET; THENCE NORTH 36 DEGREES 37 MINUTES 23 SECONDS EAST, 633.62 FEET; THENCE SOUTH 53 DEGREES 22 MINUTES 37 SECONDS EAST, 40.00 FEET; THENCE NORTH 36

EXHIBIT B

DEGREES 37 MINUTES 23 SECONDS EAST, 185.54 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID STATE ROAD #16, THENCE NORTH 47 DEGREES 53 MINUTES 20 SECONDS WEST, 140.64 FEET ALONG SAID RIGHT-OF-WAY; THENCE SOUTH 36 DEGREES 37 MINUTES 23 SECONDS WEST, 198.98 FEET, THENCE SOUTH 53 DEGREES 26 MINUTES 46 SECONDS EAST, 40.00 FEET; THENCE SOUTH 36 DEGREES 37 MINUTES 23 SECONDS WEST, 650.11 FEET; THENCE SOUTH 05 DEGREES 58 MINUTES 32 SECONDS WEST, 557.21 FEET; THENCE SOUTH 16 DEGREES 41 MINUTES 41 SECONDS WEST, 382.92 FEET; THENCE NORTH 54 DEGREES 01 MINUTES 00 SECONDS WEST, 818.2 FEET (DEED – 809.15 FEET) MORE OR LESS TO THE CENTERLINE OF A CREEK; THENCE MEANDER IN A NORTHERLY DIRECTION ALONG SAID CENTERLINE OF A CREEK 2228.5 FEET MORE OR LESS TO THE RIGHT-OF-WAY LINE OF SAID STATE ROAD #16; THENCE NORTH 47 DEGREES 53 MINUTES 20 SECONDS WEST, 22 FEET MORE OR LESS; THENCE NORTH 42 DEGREES 06 MINUTES 40 SECONDS EAST, 230.00 FEET; THENCE NORTH 47 DEGREES 53 MINUTES 20 SECONDS WEST, 1112.56 FEET, TO THE POINT OF BEGINNING AND THE LAST CALL OF THIS DESCRIPTION.

TOGETHER WITH A 40 FOOT WIDE DRAINAGE EASEMENT AS PER OFFICIAL RECORD BOOK 833, PAGE 135, A 60 FOOT WIDE DRAINAGE EASEMENT AS PER OFFICIAL RECORD BOOK 833, PAGE 135, A 100 FOOT DRAINAGE EASEMENT AS PER OFFICIAL RECORD BOOK 871, PAGE 324 PARCEL "C", A 50 FOOT WIDE DRAINAGE EASEMENT AS PER OFFICIAL RECORD BOOK 843, PAGE 1296 AND A DRAINAGE EASEMENT AS PER OFFICIAL RECORD BOOK 847 PAGE 366, ALL RECORDED IN THE PUBLIC RECORDS OF SAID ST.JOHNS COUNTY, FLORIDA.

SUBJECT TO A 40 FOOT WIDE NON-EXCLUSIVE DRAINAGE EASEMENT AS PER OFFICIAL RECORD BOOK 834, PAGE 149 AND A 10 FOOT WIDE FLORIDA POWER AND LIGHT EASEMENT AS PER OFFICIAL RECORD BOOK 562, PAGE 762 (SEE NOTES), ALL RECORDED IN THE PUBLIC RECORDS OF ST. JOHNS COUNTY, FLORIDA.

LESS AND EXCEPT THE FOLLOWING DESCRIBED LANDS

HOMESTEAD PARCEL:

A PART OF SECTION 26, TOWNSHIP 6 SOUTH, RANGE 28 EAST, ST.JOHNS COUNTY, FLORIDA, BEING MORE FULLY DESCRIBED AS FOLLOWS:

FOR A POINT OF REFERENCE COMMENCE AT THE INTERSECTION OF THE WEST LINE OF SAID SECTION 26, WITH THE SOUTHERLY RIGHT OF WAY LINE OF STATE ROAD #16, HAVING A RIGHT OF WAY WIDTH OF 200'; THENCE SOUTHERLY ALONG SAID SOUTHERLY RIGHT OF WAY FO THE NEXT 5 COURSES, 1) SOUTH 47º53'20" EAST, 1112.56, 2) SOUTH 42º06'40" WEST, 230.00', 3) SOUTH 47º53'20" EAST, 140.00', 4) NORTH 42º06'40" EAST, 230.00', 5) SOUTH 47º53'20" EAST, 652.52' ALONG SAID SOUTHERLY RIGHT OF WAY; THENCE SOUTH 36º37'23" WEST, 198.98'; THENCE SOUTH 53º26'46" EAST, 40.00'; THENCE SOUTH 36º37'23" WEST, 650.11'; THENCE SOUTH 05º58'32" WEST,557.21'; THENCE SOUTH 16º41'41" WEST, 382.92; THENCE SOUTH 38º38'02" WEST,

EXHIBIT B

700.04' TO THE POINT OF BEGINNING; THENCE SOUTH 23°14'55" WEST 193.99'; THENCE NORTH 66°44'14" WEST, 439.07'; THENCE NORTH 23°16'00" EAST, 194.00'; THENCE SOUTH 66°44'10" EAST, 439.01' TO THE POINT OF BEGINNING.

TOGETHER WITH AN EASEMENT FOR INGRESS, EGRESS & UTILITIES, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF REFERENCE COMMENCE AT THE INTERSECTION OF THE WEST LINE OF SAID SECTION 26, WITH THE SOUTHERLY RIGHT –OF-WAY LINE OF STATE ROAD #16, HAVING A RIGHT OF WAY WIDTH OF 200'; THENCE SOUTHERLY ALONG SAID SOUTHERLY RIGHT OF WAY FOR THE NEXT 5 COURSES, 1) SOUTH 47°53'20" EAST, 1112.56, 2) SOUTH 42°06'40" WEST, 230.00', 3) SOUTH 47°53'20" EAST, 140.00', 4) NORTH 42°06'40" EAST, 230.00', 5) SOUTH 47°53'20" EAST, 652.52' TO THE POINT OF BEGINNING; THENCE SOUTH 36°37'23" WEST, 198.98'; THENCE SOUTH 53°26'46" EAST, 40.00'; THENCE SOUTH 36°37'23" WEST, 650.11'; THENCE SOUTH 05°58'32" WEST,557.21'; THENCE SOUTH 16°41'41" WEST, 382.92; THENCE SOUTH 38°38'02" WEST, 700.04'; THENCE SOUTH 23°14'55" WEST, 193.99'; THENCE SOUTH 66°45'05" EAST, 60.00'; THENCE NORTH 23°14'55" EAST, 185.89'; THENCE NORTH 38°38'02" EAST, 752.09'; THENCE NORTH 13°45'18" EAST, 356.37; THENCE NORTH 05°58'32" EAST, 545.65'; THENCE NORTH 36°37'23" EAST, 633,62'; THENCE SOUTH 53°22'37" EAST, 40.00'; THENCE NORTH 36°37'23" EAST, 185.54'; TO THE AFOREMENTIONED SOUTHERLY RIGHT OF WAY LINE OF STATE ROAD #16; THENCE NORTH 47°53'20" WEST, ALONG SAID SOUTHERLY RIGHT OF WAY LINE, 140.64' TO THE POINT OF BEGINNING.

FURTHER LESS AND EXCEPT

COMMERCIAL PARCEL:

A PORTION OF SECTION 36, TOWNSHIP 6 SOUTH, RANGE 28 EAST, ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE INTERSECTION OF THE EASTERLY LINE OF THE ANTONIO HUERTAS GRANT, SECTION 38, TOWNSHIP 6 SOUTH, RANGE 28 EAST, OF SAID COUNTY AND THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16, (A 200 FOOT RIGHT-OF-WAY, AS SHOWN ON THE STATE OF FLORIDA ROAD DEPARTMENT RIGHT-OF-WAY MAP, SECTION NO. 78060-2509, DATED 09-09-68); THENCE SOUTH 19°22'30" WEST, ALONG SAID EASTERLY LINE OF SECTION 38, A DISTANCE OF 7211.72 FEET TO THE NORTHERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 1742, PAGE 1399 THE PUBLIC RECORDS OF SAID COUNTY; THENCE NORTH 89°27'02" EAST, ALONG LAST SAID LINE, 6733.00 FEET TO THE NORTHWESTERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 2694, PAGE 1145 OF SAID PUBLIC RECORDS; THENCE NORTH 54°14'33" EAST, ALONG LAST SAID LINE, 2475.50 FEET TO THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF AFORESAID STATE ROAD NO. 16; THENCE NORTHWESTERLY, ALONG LAST SAID LINE, RUN THE FOLLOWING THREE (3)

EXHIBIT B

COURSES AND DISTANCES: <u>COURSE NO. 1</u>: NORTH 36°40'23" WEST, 416.23 FEET TO THE <u>POINT OF BEGINNING</u>; <u>COURSE NO. 2</u>: CONTINUE NORTH 36°40'23" WEST, 852.27 FEET TO THE ARC OF A CURVE LEADING NORTHWESTERLY; <u>COURSE NO. 3</u>: NORTHWESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE SOUTHWESTERLY, HAVING A RADIUS OF 1839.86 FEET, AN ARC DISTANCE OF 97.07 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF NORTH 37°57'37" WEST, 97.06 FEET TO THE SOUTHERLY LINE OF THOSE LANDS DESIGNATED "PARCEL B", AS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 3267, PAGE 1092 OF SAID PUBLIC RECORDS; THENCE SOUTH 89°45'26" WEST, ALONG LAST SAID LINE, 368.01 FEET; THENCE SOUTH 00°14'34" EAST, 225.55 FEET; THENCE SOUTH 57°51'15" EAST, 63.27 FEET; THENCE SOUTH 00°14'34" EAST, 227.77 FEET; THENCE SOUTH 36°40'23" EAST, 581.96 FEET; THENCE SOUTH 75°52'06" EAST, 128.66 FEET; THENCE SOUTH 36°40'23" EAST, 55.04 FEET; THENCE NORTH 54°14'33" EAST, 463.37 FEET TO THE <u>POINT OF BEGINNING</u>.

FURTHER LESS AND EXCEPT

SCHOOL PARCEL:

A PORTION OF SECTIONS 35 AND 36, TOWNSHIP 6 SOUTH, RANGE 28 EAST, ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

<u>COMMENCE</u> AT THE INTERSECTION OF THE EASTERLY LINE OF THE ANTONIO HUERTAS GRANT, SECTION 38, TOWNSHIP 6 SOUTH, RANGE 28 EAST, OF SAID COUNTY AND THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16, (A 200 FOOT RIGHT-OF-WAY, AS SHOWN ON THE STATE OF FLORIDA ROAD DEPARTMENT RIGHT-OF-WAY MAP, SECTION NO. 78060-2509, DATED 09-09-68); THENCE SOUTH 19°22'30" WEST, ALONG SAID EASTERLY LINE OF SECTION 38, A DISTANCE OF 7211.72 FEET TO THE NORTHERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 1742, PAGE 1399 THE PUBLIC RECORDS OF SAID COUNTY; THENCE NORTH 89°27'02" EAST, ALONG LAST SAID LINE, 6586.69 FEET TO THE <u>POINT OF BEGINNING</u>; THENCE CONTINUE NORTH 89°27'02" EAST, ALONG LAST SAID LINE, 146.31 FEET, TO THE NORTHWESTERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 2694, PAGE 1145 OF SAID PUBLIC RECORDS; THENCE NORTH 54°14'33" EAST, ALONG LAST SAID LINE, 2475.50 FEET TO THE AFOREAID SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16; THENCE NORTH 36°40'23" WEST, ALONG LAST SAID LINE, 78.83 FEET TO THE POINT OF CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE SOUTHERLY, HAVING A RADIUS OF 25.00 FEET, AN ARC DISTANCE OF 39.27 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF NORTH 81°40'17" WEST, 35.35 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE SOUTH 53°19'49" WEST, 152.58 FEET TO THE POINT OF CURVATURE OF A CURVE LEADING SOUTHWESTERLY; THENCE SOUTHWESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE NORTHWESTERLY, HAVING A RADIUS OF 575.00 FEET, AN ARC DISTANCE

BK: 4623 PG: 106

EXHIBIT B

OF 172.94 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 61°56'46" WEST, 172.28 FEET TO THE POINT OF COMPOUND CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE NORTHERLY, HAVING A RADIUS OF 300.00 FEET, AN ARC DISTANCE OF 91.65 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 79°18'50" WEST, 91.29 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE SOUTH 88°03'55" WEST, 50.09 FEET TO THE POINT OF CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE SOUTHERLY, HAVING A RADIUS OF 300.00 FEET, AN ARC DISTANCE OF 63.25 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 82°01'32" WEST, 63.13 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE SOUTH 75°59'08" WEST, 304.51 FEET TO THE POINT OF CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE NORTHERLY, HAVING A RADIUS OF 800.00 FEET, AN ARC DISTANCE OF 568.81 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF NORTH 83°38'44" WEST, 556.90 FEET TO THE POINT OF REVERSE CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE SOUTHERLY, HAVING A RADIUS OF 350.00 FEET, AN ARC DISTANCE OF 283.87 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF NORTH 86°30'43" WEST, 276.16 FEET TO THE POINT OF REVERSE CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE NORTHERLY, HAVING A RADIUS OF 650.00 FEET, AN ARC DISTANCE OF 595.30 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF NORTH 83°30'36" WEST, 574.72 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE NORTH 57°16'22" WEST, 46.20 FEET TO THE ARC OF A CURVE LEADING SOUTHERLY; THENCE SOUTHERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE EASTERLY, HAVING A RADIUS OF 450.00 FEET, AN ARC DISTANCE OF 506.40 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 06°02'31" EAST, 480.10 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE SOUTH 38°16'49" EAST, 295.49 FEET TO THE ARC OF A CURVE LEADING SOUTHERLY; THENCE SOUTHERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE WESTERLY, HAVING A RADIUS OF 211.34 FEET, AN ARC DISTANCE OF 383.72 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 15°55'03" WEST, 333.14 FEET; THENCE SOUTH 10°22'57" WEST, 264.40 FEET; THENCE SOUTH 56°56'46" EAST, 53.75 FEET; THENCE SOUTH 02°57'58" WEST, 39.75 FEET; THENCE SOUTH 00°32'58" EAST, 52.59 FEET TO THE POINT OF BEGINNING.

FURTHER LESS AND EXCEPT

STAR 4 PARCEL:

A PORTION OF SECTION 35, TOWNSHIP 6 SOUTH, RANGE 28 EAST, ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

EXHIBIT B

COMMENCE AT THE INTERSECTION OF THE EASTERLY LINE OF THE ANTONIO HUERTAS GRANT, SECTION 38, TOWNSHIP 6 SOUTH, RANGE 28 EAST, OF SAID COUNTY AND THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16, (A 200 FOOT RIGHT-OF-WAY, AS SHOWN ON THE STATE OF FLORIDA ROAD DEPARTMENT RIGHT-OF-WAY MAP, SECTION NO. 78060-2509, DATED 09-09-68); THENCE SOUTH 19°22'30" WEST, ALONG SAID EASTERLY LINE OF SECTION 38, A DISTANCE OF 7211.72 FEET TO THE NORTHERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 1742, PAGE 1399 THE PUBLIC RECORDS OF SAID COUNTY; THENCE NORTH 89°27'02" EAST, ALONG LAST SAID LINE, 2908.31 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE NORTH 89°27'02" EAST, ALONG LAST SAID LINE, 3678.38 FEET; THENCE NORTH 00°32'58" WEST, 52.59 FEET; THENCE NORTH 02°57'58" EAST, 39.75 FEET; THENCE NORTH 56°56'46" WEST, 53.75 FEET; THENCE NORTH 55°58'58" WEST, 82.53 FEET; THENCE NORTH 61°54'33" WEST, 57.71 FEET; THENCE NORTH 75°14'53" WEST, 42.81 FEET; THENCE SOUTH 64°28'08" WEST, 28.00 FEET; THENCE NORTH 75°45'33" WEST, 70.01 FEET; THENCE NORTH 70°45'06" WEST, 58.99 FEET; THENCE NORTH 79°40'32" WEST, 5.11 FEET; THENCE NORTH 79°40'34" WEST, 42.05 FEET; THENCE NORTH 78°56'46" WEST, 44.26 FEET; THENCE NORTH 64°46'23" WEST, 43.87 FEET; THENCE NORTH 32°59'04" WEST, 30.75 FEET; THENCE NORTH 78°04'27" WEST, 61.71 FEET; THENCE SOUTH 84°50'52" WEST, 81.61 FEET; THENCE NORTH 58°56'26" WEST, 41.47 FEET; THENCE NORTH 37°19'32" WEST, 84.36 FEET; THENCE NORTH 44°04'04" WEST, 87.05 FEET; THENCE SOUTH 68°02'27" WEST, 77.11 FEET; THENCE SOUTH 29°18'50" EAST, 8.49 FEET; THENCE SOUTH 16°52'29" EAST, 51.33 FEET; THENCE SOUTH 23°20'31" EAST, 81.98 FEET; THENCE NORTH 89°00'36" WEST, 169.63 FEET; THENCE NORTH 81°49'17" WEST, 91.66 FEET; THENCE NORTH 81°31'07" WEST, 87.91 FEET; THENCE NORTH 32°43'22" WEST, 26.18 FEET; THENCE NORTH 19°28'17" WEST, 31.94 FEET; THENCE NORTH 19°28'20" WEST, 4.82 FEET; THENCE NORTH 19°28'18" WEST, 70.18 FEET; THENCE NORTH 16°20'12" WEST, 75.96 FEET; THENCE NORTH 45°32'28" WEST, 16.86 FEET; THENCE SOUTH 66°04'48" WEST, 67.79 FEET; THENCE SOUTH 69°45'35" WEST, 93.95 FEET; THENCE SOUTH 70°59'58" WEST, 144.69 FEET; THENCE SOUTH 73°45'58" WEST, 139.43 FEET; THENCE SOUTH 75°25'17" WEST, 176.78 FEET; THENCE SOUTH 87°07'17" WEST, 98.73 FEET; THENCE NORTH 89°48'46" WEST, 89.55 FEET; THENCE NORTH 80°26'22" WEST, 28.86 FEET; THENCE NORTH 81°38'48" WEST, 136.77 FEET; THENCE NORTH 87°09'57" WEST, 94.95 FEET; THENCE SOUTH 88°57'03" WEST, 48.96 FEET; THENCE SOUTH 85°18'16" WEST, 43.20 FEET; THENCE SOUTH 85°34'41" WEST, 48.71 FEET; THENCE SOUTH 76°56'21" WEST, 32.58 FEET; THENCE SOUTH 77°24'18" WEST, 254.19 FEET; THENCE SOUTH 80°33'29" WEST, 181.65 FEET; THENCE SOUTH 88°41'47" WEST, 177.12 FEET; THENCE NORTH 80°22'02" WEST, 77.85 FEET; THENCE NORTH 88°29'24" WEST, 83.46 FEET; THENCE SOUTH 87°52'48" WEST, 33.12 FEET; THENCE NORTH 85°52'30" WEST, 29.80 FEET; THENCE NORTH 84°49'52" WEST, 71.39 FEET; THENCE NORTH 87°55'18" WEST, 84.72 FEET; THENCE NORTH 79°36'21" WEST, 49.23 FEET; THENCE NORTH 75°15'56" WEST, 66.23 FEET; THENCE NORTH 73°53'15" WEST, 40.83 FEET; THENCE NORTH 68°37'34" WEST, 43.39 FEET; THENCE SOUTH 22°10'01" WEST, 51.05

EXHIBIT B

FEET; THENCE SOUTH 26°43'49" WEST, 64.02 FEET; THENCE SOUTH 08°03'19" WEST, 60.85 FEET; THENCE SOUTH 00°53'04" EAST, 202.63 FEET TO THE POINT OF BEGINNING.

FURTHER LESS AND EXCEPT

WEST PARCEL 1:

A PORTION OF SECTION 26, TOWNSHIP 6 SOUTH, RANGE 28 EAST, ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE INTERSECTION OF THE WESTERLY LINE OF SAID SECTION 26 AND THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16, (A 200 FOOT RIGHT-OF-WAY AS SHOWN ON THE STATE OF FLORIDA ROAD DEPARTMENT RIGHT-OF-WAY MAP, SECTION NO. 78060-2509, DATED 09-09-68), THENCE SOUTH 47°52'58" EAST, ALONG SAID SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16, A DISTANCE OF 1112.56 FEET; THENCE SOUTH 42°07'05" WEST, CONTINUING ALONG LAST SAID LINE, 230.00 FEET TO A POINT HEREINAFTER REFERRED TO AS REFERENCE POINT "A"; THENCE RETURN TO THE POINT OF BEGINNING; THENCE SOUTHWESTERLY, ALONG SAID WESTERLY LINE OF SECTION 26, RUN THE FOLLOWING TWO (2) COURSES AND DISTANCES: COURSE NO. 1: SOUTH 19°22'30" WEST, 3198.05 FEET; COURSE NO. 2: SOUTH 00°32'10" EAST, 675 FEET, MORE OR LESS, TO THE CENTERLINE OF TURNBULL CREEK; THENCE NORTHEASTERLY, SOUTHEASTERLY, NORTHERLY, NORTHWESTERLY, AND EASTERLY, ALONG THE MEANDERINGS OF SAID CENTERLINE OF TURNBULL CREEK, 4115 FEET, MORE OR LESS, TO AN INTERSECTION WITH A LINE BEARING SOUTH 47°52'58" EAST FROM AFORESAID REFERENCE POINT "A"; THENCE NORTH 47°52'58" WEST, ALONG LAST SAID LINE, 60 FEET, MORE OR LESS, TO SAID REFERENCE POINT "A" AND CLOSE.

FURTHER LESS AND EXCEPT

WEST PARCEL 2:

A PORTION OF SECTION 34, TOWNSHIP 6 SOUTH, RANGE 28 EAST, ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE INTERSECTION OF THE WESTERLY LINE OF SAID SECTION 26 AND THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16, (A 200 FOOT RIGHT-OF-WAY, AS SHOWN ON THE STATE OF FLORIDA ROAD DEPARTMENT RIGHT-OF-WAY MAP, SECTION NO. 78060-2509, DATED 09-09-68); THENCE SOUTH 19°22'30" WEST, ALONG SAID WESTERLY LINE OF SECTION 26, A DISTANCE OF 4407.30 FEET, TO THE NORTHERLY LINE OF SAID SECTION 34, AND THE POINT OF BEGINNING; THENCE CONTINUE SOUTH 19°22'30" WEST, ALONG THE WESTERLY LINE OF SAID SECTION 34, A DISTANCE OF 470 FEET, MORE OR LESS, TO THE CENTERLINE OF TURNBULL CREEK; THENCE NORTHEASTERLY, SOUTHEASTERLY, NORTHERLY, AND EASTERLY, ALONG THE MEANDERINGS OF SAID CENTERLINE OF TURNBULL CREEK, 775 FEET,

EXHIBIT B

MORE OR LESS, TO AN INTERSECTION WITH A LINE BEARING NORTH 89°27'02" EAST, ALSO BEING THE NORTHERLY LINE OF SAID SECTION 34, FROM THE <u>POINT OF BEGINNING</u>; THENCE SOUTH 89°27'02" WEST, ALONG LAST SAID LINE, 335 FEET, MORE OR LESS, TO THE <u>POINT OF BEGINNING</u>.

FURTHER LESS AND EXCEPT

COOPER LANDS:

A PORTION OF SECTION 35, TOWNSHIP 6 SOUTH, RANGE 28 EAST, ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

<u>COMMENCE</u> AT THE SOUTHWEST CORNER OF GOVERNMENT LOT 9, SECTION 26, SAID TOWNSHIP AND RANGE, ALSO BEING THE SOUTHWEST CORNER OF THOSE LANDS DESIGNATED PARCEL A, AS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 3267, PAGE 1092, OF THE PUBLIC RECORDS OF SAID COUNTY; THENCE NORTH 89°27'53" EAST, ALONG THE SOUTHERLY LINE OF LAST SAID LANDS, ALSO BEING THE NORTHERLY LINE OF SAID SECTION 35, A DISTANCE OF 952.54 FEET, TO THE <u>POINT OF BEGINNING</u>; THENCE CONTINUE NORTH 89°27'53" EAST, ALONG LAST SAID LINE, 495.00 FEET, TO THE WESTERLY LINE OF THOSE LANDS DESIGNATED PARCEL B, AS DESCRIBED AND RECORDED IN SAID OFFICIAL RECORDS BOOK 3267, PAGE 1092; THENCE SOUTH 00°36'00" EAST, ALONG LAST SAID LINE, 100.00 FEET; THENCE SOUTH 89°27'47" WEST, 495.00 FEET; THENCE NORTH 00°36'00" WEST, 100.00 FEET, TO THE <u>POINT OF BEGINNING</u>.

AND

PARCEL 2

OFFICIAL RECORDS BOOK 2184, PAGE 736

A PART OF SECTION 26, TOWNSHIP 6 SOUTH, RANGE 28 EAST, ST. JOHNS COUNTY, FLORIDA, BEING MORE FULLY DESCRIBED AS FOLLOWS:

FOR A POINT OF REFERENCE COMMENCE AT THE INTERSECTION OF THE WEST LINEOF SAID SECTION 26, WITH THE SOUTHERLY RIGHT OF WAY LINE OF STATE ROAD #16, HAVING A RIGHT OF WAY WIDTH OF 200'; THENCE SOUTHERLY ALONG SAID SOUTHERLY RIGHT OF WAY FO THE NEXT 5 COURSES, 1) SOUTH 47°53'20" EAST, 1112.56, 2) SOUTH 42°06'40" WEST, 230.00', 3) SOUTH 47°53'20" EAST, 140.00', 4) NORTH 42°06'40" EAST, 230.00', 5) SOUTH 47°53'20" EAST, 652.52' ALONG SAID SOUTHERLY RIGHT OF WAY; THENCE SOUTH 36°37'23" WEST, 198.98'; THENCE SOUTH 53°26'46" EAST, 40.00'; THENCE SOUTH 36°37'23" WEST, 650.11'; THENCE SOUTH 05°58'32" WEST,557.21'; THENCE SOUTH 16°41'41" WEST, 382.92; THENCE SOUTH 38°38'02" WEST, 700.04' TO THE POINT OF BEGINNING; THENCE SOUTH 23°14'55" WEST 193.99'; THENCE

EXHIBIT B

NORTH 66°44'14" WEST, 439.07'; THENCE NORTH 23°16'00" EAST, 194.00'; THENCE SOUTH 66°44'10" EAST, 439.01' TO THE POINT OF BEGINNING.

TOGETHER WITH AN EASEMENT FOR INGRESS, EGRESS & UTILITIES, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF REFERENCE COMMENCE AT THE INTERSECTION OF THE WEST LINE OF SAID SECTION 26, WITH THE SOUTHERLY RIGHT –OF-WAY LINE OF STATE ROAD #16, HAVING A RIGHT OF WAY WIDTH OF 200'; THENCE SOUTHERLY ALONG SAID SOUTHERLY RIGHT OF WAY FOR THE NEXT 5 COURSES,  1) SOUTH 47°53'20" EAST, 1112.56, 2) SOUTH 42°06'40" WEST, 230.00', 3) SOUTH 47°53'20" EAST, 140.00', 4) NORTH 42°06'40" EAST, 230.00', 5) SOUTH 47°53'20" EAST, 652.52' TO THE POINT OF BEGINNING; THENCE SOUTH 36°37'23" WEST, 198.98'; THENCE SOUTH 53°26'46" EAST, 40.00'; THENCE SOUTH 36°37'23" WEST, 650.11'; THENCE SOUTH 05°58'32" WEST,557.21'; THENCE SOUTH 16°41'41" WEST, 382.92; THENCE SOUTH 38°38'02" WEST, 700.04'; THENCE SOUTH 23°14'55" WEST, 193.99'; THENCE SOUTH 66°45'05" EAST, 60.00'; THENCE NORTH 23°14'55" EAST, 185.89'; THENCE NORTH 38°38'02" EAST, 752.09'; THENCE NORTH 13°45'18" EAST, 356.37; THENCE NORTH 05°58'32" EAST, 545.65'; THENCE NORTH 36°37'23" EAST, 633,62'; THENCE SOUTH 53°22'37" EAST, 40.00'; THENCE NORTH 36°37'23" EAST, 185.54' TO THE AFOREMENTIONED SOUTHERLY RIGHT OF WAY LINE OF STATE ROAD #16; THENCE NORTH 47°53'20" WEST, ALONG SAID SOUTHERLY RIGHT OF WAY LINE, 140.64' TO THE POINT OF BEGINNING.

PARCEL 1 and PARCEL 2 being together also described as:
A PORTION OF SECTIONS 26, 34, 35 AND 36, TOWNSHIP 6 SOUTH, RANGE 28 EAST, ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE INTERSECTION OF THE WESTERLY LINE OF SAID SECTION 26 AND THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16, (A 200 FOOT RIGHT-OF-WAY, AS SHOWN ON THE STATE OF FLORIDA ROAD DEPARTMENT RIGHT-OF-WAY MAP, SECTION NO. 78060-2509, DATED 09-09-68); THENCE SOUTH 19°22'30" WEST, ALONG SAID WESTERLY LINE OF SECTION 26, A DISTANCE OF 4407.30 FEET, TO THE NORTHERLY LINE OF SAID SECTION 34, AND A POINT HEREINAFTER REFERRED TO AS REFERENCE POINT "A"; THENCE RETURN TO THE POINT OF COMMENCEMENT;   THENCE   SOUTHEASTERLY,   SOUTHWESTERLY   AND NORTHEASTERLY, ALONG SAID SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16, RUN THE FOLLOWING FIVE (5) COURSES AND DISTANCES: COURSE NO. 1: SOUTH 47°52'58" EAST, 1112.56 FEET; COURSE NO. 2: SOUTH 42°07'05" WEST, 230.00 FEET; COURSE NO. 3: SOUTH 47°52'58" EAST, 140.00 FEET; COURSE NO. 4: NORTH 42°07'05" EAST, 230.00 FEET; COURSE NO. 5: SOUTH 47°52'58" EAST, 653.67 FEET TO THE EASTERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 866, PAGE 1979 OF THE PUBLIC RECORDS OF SAID COUNTY AND THE POINT OF BEGINNING;   THENCE   SOUTHWESTERLY,   SOUTHEASTERLY,   AND SOUTHERLY, ALONG LAST SAID LINE, RUN THE FOLLOWING FIVE (5) COURSES AND DISTANCES:  COURSE NO. 1: SOUTH 36°43'37" WEST, 199.37 FEET; COURSE NO. 2:

EXHIBIT B

SOUTH 53°12'28" EAST, 40.00 FEET; COURSE NO. 3: SOUTH 36°40'16" WEST, 649.98 FEET; COURSE NO. 4: SOUTH 06°00'19" WEST, 556.50 FEET; COURSE NO. 5: SOUTH 16°42'47" WEST, 383.52 FEET TO A POINT HEREINAFTER REFERRED TO AS REFERENCE POINT "B"; THENCE RETURN TO THE POINT OF BEGINNING; THENCE SOUTH 47°52'58" EAST, ALONG THE AFORESAID SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16, A DISTANCE OF 140.62 FEET, TO THE WESTERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 847, PAGE 366, SAID PUBLIC RECORDS; THENCE SOUTHWESTERLY, NORTHWESTERLY, AND SOUTHERLY, ALONG LAST SAID LINE, RUN THE FOLLOWING FIVE (5) COURSES AND DISTANCES: COURSE NO. 1: SOUTH 36°43'37" WEST, 186.32 FEET; COURSE NO. 2: NORTH 53°12'28" WEST, 40.00 FEET; COURSE NO. 3: SOUTH 36°40'16" WEST, 633.40 FEET; COURSE NO. 4: SOUTH 06°00'19" WEST, 545.61 FEET; COURSE NO. 5: SOUTH 13°46'33" WEST, 307.65 FEET, TO THE SOUTHERLY LINE OF LAST SAID LANDS; THENCE SOUTH 79°35'28" EAST, ALONG LAST SAID LINE, 745.42 FEET, TO THE WESTERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 73, PAGE 425, SAID PUBLIC RECORDS; THENCE SOUTH 00°31'26" EAST, ALONG LAST SAID LINE, AND ALONG THE WESTERLY LINE OF THOSE LANDS DESIGNATED "PARCEL A", AS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 3267, PAGE 1092, SAID PUBLIC RECORDS, A DISTANCE OF 1146.58 FEET, TO THE SOUTHERLY LINE OF SAID LANDS DESIGNATED "PARCEL A"; THENCE NORTH 89°27'53" EAST, ALONG LAST SAID LINE, 952.54 FEET, THENCE SOUTH 00°36'00" EAST, ALONG LAST SAID LINE, 100.00 FEET; THENCE NORTH 89°27'47" EAST, 495.00 FEET, TO THE SOUTHERLY LINE OF THOSE LANDS DESIGNATED "PARCEL B", AS DESCRIBED AND RECORDED IN SAID OFFICIAL RECORDS BOOK 3267, PAGE 1092; THENCE NORTH 89°26'57" EAST, ALONG LAST SAID LINE, 1209.14 FEET; THENCE NORTH 89°45'26" EAST, CONTINUING ALONG LAST SAID LINE, 896.31 FEET; THENCE SOUTH 00°14'34" EAST, 225.55 FEET; THENCE SOUTH 57°51'15" EAST, 63.27 FEET; THENCE SOUTH 00°14'34" EAST, 227.77 FEET; THENCE SOUTH 36°40'23" EAST, 581.96 FEET; THENCE SOUTH 75°52'06" EAST, 128.66 FEET; THENCE SOUTH 36°40'23" EAST, 55.04 FEET; THENCE NORTH 54°14'33" EAST, 463.37 FEET, TO THE AFORESAID SOUTHWESTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 16; THENCE SOUTH 36°40'23" EAST, ALONG LAST SAID LINE, 337.39 FEET TO THE ARC OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE SOUTHERLY, HAVING A RADIUS OF 25.00 FEET, AN ARC DISTANCE OF 39.27 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF NORTH 81°40'17" WEST, 35.35 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE SOUTH 53°19'49" WEST, 152.58 FEET TO THE POINT OF CURVATURE OF A CURVE LEADING SOUTHWESTERLY; THENCE SOUTHWESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE NORTHWESTERLY, HAVING A RADIUS OF 575.00 FEET, AN ARC DISTANCE OF 172.94 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 61°56'46" WEST, 172.28 FEET TO THE POINT OF COMPOUND CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE NORTHERLY, HAVING A RADIUS OF 300.00 FEET, AN ARC DISTANCE OF 91.65 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 79°18'50" WEST, 91.29 FEET TO THE POINT OF TANGENCY OF

EXHIBIT B

SAID CURVE; THENCE SOUTH 88°03'55" WEST, 50.09 FEET TO THE POINT OF CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE SOUTHERLY, HAVING A RADIUS OF 300.00 FEET, AN ARC DISTANCE OF 63.25 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 82°01'32" WEST, 63.13 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE SOUTH 75°59'08" WEST, 304.51 FEET TO THE POINT OF CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE NORTHERLY, HAVING A RADIUS OF 800.00 FEET, AN ARC DISTANCE OF 568.81 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF NORTH 83°38'44" WEST, 556.90 FEET TO THE POINT OF REVERSE CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE SOUTHERLY, HAVING A RADIUS OF 350.00 FEET, AN ARC DISTANCE OF 283.87 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF NORTH 86°30'43" WEST, 276.16 FEET TO THE POINT OF REVERSE CURVATURE OF A CURVE LEADING WESTERLY; THENCE WESTERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE NORTHERLY, HAVING A RADIUS OF 650.00 FEET, AN ARC DISTANCE OF 595.30 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF NORTH 83°30'36" WEST, 574.72 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE NORTH 57°16'22" WEST, 46.20 FEET TO THE ARC OF A CURVE LEADING SOUTHERLY; THENCE SOUTHERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE EASTERLY, HAVING A RADIUS OF 450.00 FEET, AN ARC DISTANCE OF 506.40 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 06°02'31" EAST, 480.10 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE SOUTH 38°16'49" EAST, 295.49 FEET TO THE ARC OF A CURVE LEADING SOUTHERLY; THENCE SOUTHERLY, ALONG AND AROUND THE ARC OF SAID CURVE, CONCAVE WESTERLY, HAVING A RADIUS OF 211.34 FEET, AN ARC DISTANCE OF 383.72 FEET, SAID ARC BEING SUBTENDED BY A CHORD BEARING AND DISTANCE OF SOUTH 15°55'03" WEST, 333.14 FEET; THENCE SOUTH 10°22'57" WEST, 264.40 FEET; THENCE NORTH 55°58'58" WEST, 82.53 FEET; THENCE NORTH 61°54'33" WEST, 57.71 FEET; THENCE NORTH 75°14'53" WEST, 42.81 FEET; THENCE SOUTH 64°28'08" WEST, 28.00 FEET; THENCE NORTH 75°45'33" WEST, 70.01 FEET; THENCE NORTH 70°45'06" WEST, 58.99 FEET; THENCE NORTH 79°40'32" WEST, 5.11 FEET; THENCE NORTH 79°40'34" WEST, 42.05 FEET; THENCE NORTH 78°56'46" WEST, 44.26 FEET; THENCE NORTH 64°46'23" WEST, 43.87 FEET; THENCE NORTH 32°59'04" WEST, 30.75 FEET; THENCE NORTH 78°04'27" WEST, 61.71 FEET; THENCE SOUTH 84°50'52" WEST, 81.61 FEET; THENCE NORTH 58°56'26" WEST, 41.47 FEET; THENCE NORTH 37°19'32" WEST, 84.36 FEET; THENCE NORTH 44°04'04" WEST, 87.05 FEET; THENCE SOUTH 68°02'27" WEST, 77.11 FEET; THENCE SOUTH 29°18'50" EAST, 8.49 FEET; THENCE SOUTH 16°52'29" EAST, 51.33 FEET; THENCE SOUTH 23°20'31" EAST, 81.98 FEET; THENCE NORTH 89°00'36" WEST, 169.63 FEET; THENCE NORTH 81°49'17" WEST, 91.66 FEET; THENCE NORTH 81°31'07" WEST, 87.91 FEET; THENCE NORTH 32°43'22" WEST, 26.18 FEET; THENCE NORTH 19°28'17" WEST, 31.94 FEET; THENCE NORTH 19°28'20" WEST, 4.82 FEET; THENCE NORTH 19°28'18" WEST, 70.18 FEET; THENCE NORTH 16°20'12" WEST, 75.96 FEET; THENCE NORTH 45°32'28" WEST, 16.86 FEET; THENCE

15

EXHIBIT B

SOUTH 66°04'48" WEST, 67.79 FEET; THENCE SOUTH 69°45'35" WEST, 93.95 FEET; THENCE SOUTH 70°59'58" WEST, 144.69 FEET; THENCE SOUTH 73°45'58" WEST, 139.43 FEET; THENCE SOUTH 75°25'17" WEST, 176.78 FEET; THENCE SOUTH 87°07'17" WEST, 98.73 FEET; THENCE NORTH 89°48'46" WEST, 89.55 FEET; THENCE NORTH 80°26'22" WEST, 28.86 FEET; THENCE NORTH 81°38'48" WEST, 136.77 FEET; THENCE NORTH 87°09'57" WEST, 94.95 FEET; THENCE SOUTH 88°57'03" WEST, 48.96 FEET; THENCE SOUTH 85°18'16" WEST, 43.20 FEET; THENCE SOUTH 85°34'41" WEST, 48.71 FEET; THENCE SOUTH 76°56'21" WEST, 32.58 FEET; THENCE SOUTH 77°24'18" WEST, 254.19 FEET; THENCE SOUTH 80°33'29" WEST, 181.65 FEET; THENCE SOUTH 88°41'47" WEST, 177.12 FEET; THENCE NORTH 80°22'02" WEST, 77.85 FEET; THENCE NORTH 88°29'24" WEST, 83.46 FEET; THENCE SOUTH 87°52'48" WEST, 33.12 FEET; THENCE NORTH 85°52'30" WEST, 29.80 FEET; THENCE NORTH 84°49'52" WEST, 71.39 FEET; THENCE NORTH 87°55'18" WEST, 84.72 FEET; THENCE NORTH 79°36'21" WEST, 49.23 FEET; THENCE NORTH 75°15'56" WEST, 66.23 FEET; THENCE NORTH 73°53'15" WEST, 40.83 FEET; THENCE NORTH 68°37'34" WEST, 43.39 FEET; THENCE SOUTH 22°10'01" WEST, 51.05 FEET; THENCE SOUTH 26°43'49" WEST, 64.02 FEET; THENCE SOUTH 08°03'19" WEST, 60.85 FEET; THENCE SOUTH 00°53'04" EAST, 202.63 FEET TO THE NORTHERLY LINE OF THOSE LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 1742, PAGE 1399, SAID PUBLIC RECORDS; THENCE SOUTH 89°27'02" WEST, ALONG LAST SAID LINE, 2908.31 FEET, TO THE WESTERLY LINE OF AFORESAID SECTION 34; THENCE NORTH 19°22'30" EAST, ALONG LAST SAID LINE, 2330 FEET, MORE OR LESS, TO THE CENTERLINE OF TURNBULL CREEK; THENCE NORTHEASTERLY, SOUTHEASTERLY, NORTHERLY, AND EASTERLY, ALONG THE MEANDERINGS OF SAID CENTERLINE OF TURNBULL CREEK, 775 FEET, MORE OR LESS, TO AN INTERSECTION WITH A LINE BEARING NORTH 89°27'02" EAST FROM AFORESAID REFERENCE POINT "A", ALSO BEING THE NORTHERLY LINE OF SAID SECTION 34; THENCE NORTH 89°27'02" EAST, ALONG LAST SAID LINE, 75 FEET, MORE OR LESS, TO THE SOUTHWEST CORNER OF AFORESAID SECTION 26; THENCE NORTH 00°32'10" WEST, ALONG THE AFORESAID WESTERLY LINE OF SECTION 26, A DISTANCE OF 465 FEET, MORE OR LESS, TO THE AFORESAID CENTERLINE OF TURNBULL CREEK; THENCE NORTHEASTERLY, SOUTHEASTERLY, NORTHERLY, NORTHWESTERLY AND EASTERLY, ALONG THE MEANDERINGS OF SAID CENTERLINE OF TURNBULL CREEK, 2010 FEET, MORE OR LESS, TO AN INTERSECTION WITH A LINE BEARING NORTH 53°58'46" WEST FROM AFORESAID REFERENCE POINT "B", ALSO BEING THE SOUTHERLY LINE OF AFORESAID LANDS DESCRIBED AND RECORDED IN OFFICIAL RECORDS BOOK 866, PAGE 1979; THENCE SOUTH 53°58'46" EAST, ALONG LAST SAID LINE, 805 FEET, MORE OR LESS, TO SAID REFERENCE POINT "B", AND CLOSE.

CONTAINING 450 ACRES, MORE OR LESS.