<u>EXHIBIT C</u>



**St. Johns County Board of County Commissioners**

August 2, 2022

James M. Knight, P.E.
Urban Planning and Modal Administrator
Florida Department of Transportation District 2
2198 Edison Avenue
Jacksonville FL 32204

Mr. Knight,

The widening of State Road 16 from two to four lanes between International Golf Parkway and the western entrance of the St. Augustine Outlet Mall is a top priority for St. Johns County. Increasing traffic capacity along this 5.5-mile segment is essential to managing the County's recent, unprecedented population growth.

Efforts are underway to secure transportation funds owed to the County by developers. It is our strong intent to convey, not to exceed, $15,000,000 to FDOT toward the construction of State Road 16 as aforementioned. We strongly urge FDOT to begin the project design phase of construction of State Road 16 by FY23 and include the completion of State Road 16 in a 5-year work plan. The final funding amount, not to exceed $15,000,000, is subject to approval by the St Johns County Board of County Commissioners.

Thank you in advance for a collaborative effort and your attention in this matter. I look forward to hearing your response at your earliest convenience.

Sincerely,

Henry Dean, Chair
Board of County Commissioners
St. Johns County, FL