**In the Matter Of:**

BOARD OF COUNTY COMMISIONERS MEETING

HH256099

---

# ST JOHNS COUNTY BOARD OF COMMISSIONER MTG

*February 21, 2023*

---



800.211.DEPO (3376)
EsquireSolutions.com

<u>EXHIBIT D</u>

```
 1   CITY OF ST. AUGUSTINE DISTRICT CITY COUNCIL MEETING
                    ST. AUGUSTINE, FLORIDA
 2

 3

 4

 5

 6              St. Johns County Auditorium

 7                500 San Sebastian View

 8           Saint Augustine, Florida 32084

 9                February 21, 2023

10                    9:00 a.m.

11

12                    _____ __

13

14

15                      _____

16

17

18

19

20

21

22

23                   Deidra Estrella
                     Digital Reporter
24                Commission No. HH256099

25
```



<u>EXHIBIT D</u>

ST JOHNS COUNTY BOARD OF COMMISSIONER MTG        February 21, 2023
BOARD OF COUNTY COMMISIONERS MEETING                              2

1                    APPEARANCES OF COUNSEL

2

3
    BOARD OF COMMISSIONERS - PRESENT
4
    Chair  Christian Whitehurst
5   Vice-Chair/Treasurer Sarah Arnold
    Commissioner Roy Alaimo
6   Commissioner Krista Joseph
    Commissioner Henry Dean
7

8   Also Present:

9   Vinette Godelia, Attorney, Stearns Weaver and Miller
    Staff Member:  Jan Trantham
10  Mike Roberson, Growth Management

11
    Members of the Public:_____ _
12
    Mr. Migut
13  Ed Slaven

14

15

16

17

18

19

20

21

22

23

24

25



EXHIBIT D

```
 1              COMMISSIONER WHITEHURST:  Good morning, good

 2    morning.  Welcome to regular meeting of St. Johns

 3    County Board and County Commissioners.  There are

 4    materials --

 5              THE CLERK:  Commissioner Whitehurst.

 6              COMMISSIONER WHITEHURST:  Present.

 7              THE CLERK:  County Chair Commissioner Sarah

 8    Arnold.

 9              COMMISSIONER ARNOLD:  Present.

10              THE CLERK:  Commissioner Henry Dean.

11              COMMISSIONER DEAN:  Present.

12              THE CLERK:  Commissioner Roy Alaimo.

13              COMMISSIONER ALAIMO:  Present.

14              THE CLERK:  Commissioner Krista Joseph.

15              COMISSIONER JOSEPH:  Present.

16              COMMISSIONER WHITEHURST:  Thank you very much.

17    You have all been accounted for.  Now, we will hear

18    the invocation from Pastor Matt McCloghry from

19    Colonial Church.

20              Pastor, welcome.

21              PASTOR MCCLOGHRY:  Thank you for the

22    introduction.  (Inaudible words).

23              MR. ROBERSON:  Good morning.  Mike Roberson,

24    Director of Growth Management.  (Inaudible words).

25              THE CLERK:  Commissioner Chair?
```



1          COMISSIONER JOSEPH:  Sorry to interrupt.

2    Kristina Joseph (inaudible words).  The applicant does

3    have a request to continue this item.  I wanted to

4    make you aware of that.  I don't think you want to

5    continue that request after this presentation.

6          MR. ROBERSON:  I will continue to give this

7    report (inaudible words) legal based on what we

8    (inaudible).  So I think Commissioner Dean would like

9    to speak to it.

10          COMMISSIONER DEAN:  Well, I was about to add

11    rather than having the plaintiff referring to the

12    presentation, I was told by our staff that the

13    applicants move to possibly suggest a continuance or a

14    postponement of this item.  So I suggest what we do,

15    that they do is the applicant if they choose to, to

16    ask for some type of postponement or withdrawal and

17    just entertain that as a discussion item rather than

18    have a lengthy session on the merits, which we're not

19    going to -- we're going to have a request for some

20    type of withdrawal (inaudible).

21          MR. ROBERSON:  I was representing the

22    plaintiffs at C4.

23          MS. GODELIA:  Thank you, Chair.  Vinette

24    Godelia.  I am working for Southeast Development

25    Partners.  As far as where we are, we are requesting



<u>EXHIBIT D</u>

1  to stay.  We've been working to categorize those ponds

2  off the (inaudible words).  We now find ourselves in a

3  position where we have to account for a proponent and

4  detail the amount, quantify the amount for ponds and a

5  property acquisition to sign along the back roads.

6  And so we've been back and forth (inaudible) on it,

7  reading those stats from (inaudible words), reading

8  those stats factually from an accounting process close

9  to that.  And we need stats to do that, so we're going

10  to do that.

11          So in the meantime, though, (inaudible words)

12  items going all around, we have to have (inaudible

13  words).  So we'd like to take that visit.  And in

14  addition, we have in the Thousand Court, the first

15  time we speak of the disposition in the expert.  And

16  now (inaudible).  That was not something that we had

17  to discuss with staff before we had a chance to

18  discuss with the staff their position regarding those

19  ponds.

20          And finally this morning, my staff member is

21  sick, and so I walked in at 9:00 and got a text from

22  him that he can't make it.  So I thought it was

23  (inaudible), as to item left on the table with you.

24          COMMISSIONER WHITEHURST:  Yes, ma'am.  Thank

25  you.  So I would ask the Board for discussion on this



<u>EXHIBIT D</u>

 1  item.

 2          Commissioner Arnold?

 3          COMMISSIONER ARNOLD:  Yes.  With all due

 4  respect, I'm going to move to deny a continuance at

 5  this time.  I think it's (inaudible words).  And it's

 6  time to go ahead and move forward.

 7          COMMISSIONER WHITEHURST:  Okay.  Commissioner

 8  Joseph?

 9          COMISSIONER JOSEPH:  I'll second that.

10          COMMISSIONER WHITEHURST:  Do we need a motion

11  to request a continuance?

12          MR. MIGUT:  It's not necessary.  The Board can

13  do it as it desires, but I'm not taking action on it

14  is the equivalent of a denial proceeding with the

15  matters, however the Board wants to do it.

16          COMMISSIONER WHITEHURST:  Well, if we have a

17  proper discussion, if we have a proper discussion.  I

18  ask the Board to vote on this item that we posed and I

19  would hope with proper discretion.

20          MR. MIGUT:  And based on the formative motion,

21  a yes vote is to deny a continuance based on the

22  motion?

23          COMMISSIONER WHITEHURST:  Thank you.  So a yes

24  vote is to deny (inaudible) vote is to approve a

25  continuance.  Yes vote?



1          Motion carries to deny a continuance.

2          Mr. Roberson, please continue your

3     presentation.

4          MR. ROBERSON:  Thank you.  Again, we'll give

5     you a quick briefing.  It'll be 23 minutes.  But it

6     really just is a brief history where we are now and

7     what our proposal is.

8          So the background, the development was

9     approved in 2018, PFS MOD Amendment by Southeast

10    Development and Proportionate Fair Share Agreement.

11    The agreement between the County and the developer was

12    to widen 3.1 miles in 2016.  It was based on

13    Proportionate Fair Share Agreement as well as the

14    public's benefit contribution benefit.  The agreement

15    terms, again, 10.1 million per cost share, which is

16    eligible for Impact Fee agreement.  That's standard.

17    The public benefit contribution, 4.8 million, again,

18    that was given to the County for the comprehensive

19    plan, in essence.  That hopefully comes to a sum of 15

20    million.  And then again, that was the estimated

21    cost -- that was the cost that the agreement also add

22    for our information, just for more consistency.

23          As were many of the developments back in the

24    day, we've had some triggers that were established for

25    traffic projections past 2016, and they're based on a



<u>EXHIBIT D</u>

1   cost per unit.  That's ultimately to gauge, help to

2   study the thrush right now, the net was noted

3   (inaudible).

4           So the triggers, we're at 442 plat right now,

5   so it's at hold with the County.  But before they go

6   to 443rd plat -- unit, rather, the developer will have

7   acquired all ponds indicated design for their

8   discretion of 16.  We do not have -- developer in

9   there -- Avery-Smith -- we don't have the ponds and we

10  don't have a completed design at this point.  So

11  that's where we're at.

12          The last trigger is the 580 north unit, or SR

13  16 reaching 90 percent capacity.  I believe right now

14  we're at 88 percent is what I see on the charts.  And

15  that's been the prime question for months.  Those

16  triggers are based on a concurrency analysis, just

17  like the all the rest of them, the units in

18  moderation, and they provide.  And that corresponds to

19  make sure there's enough capacity to stay with the

20  system.

21          Just some history, Commissioner Morris during

22  that hearing in 2018 asked that one be scrapped.  Even

23  if there was a committee to the road widening unit,

24  the costs went beyond the road widening incentives

25  (inaudible).  Again, we've heard that before, just



1   talking about the costs per unit.  Moving forward, the

2   current is 16 (inaudible).

3         This is where we are right now based on what

4   was surveyed.  I think there was a redline, too, but

5   that was submitted to the committee with some minor

6   changes.  Ultimately, the comprehensive project

7   contributions, 16.7 related -- it was approximately

8   1.7 million in sharing pond sites.  Within 10 days, we

9   were recording to get conveying ponds.  We haven't

10  seen any thus far, and then assigned year to date.

11        So the next triggers were the only ones where

12  we were talking about allowing platting.  We did

13  building with a traffic (inaudible).  So April 30th of

14  this year we paid 2.6 million to the County to allow

15  platting from the 442 up to the 6 million.  So

16  Savannah's doing 38.23 to pay $97.2 million to allow

17  the County to plat the remaining 300 million, or

18  ultimately 300 million.

19        So that said, we'll give you an overview of

20  what's in our assessment plan.  No other parties have

21  ventured to construct from the project from State Road

22  16.  We caveat that, even though the World Commerce --

23  they did a presentation initially -- the World

24  Commerce does have some responsibility.  However, it's

25  so far out there, not part of our discussion.  They're



<u>EXHIBIT D</u>

1  in Phase One, in phase one, and we're in Phase Three.

2       The developer's proposal, the latest

3  obligation to construct the widening move to allow

4  road widening prior to the commencement of road

5  widening is not consistent with the purpose and intent

6  of the current agreement for the representations made

7  by the developer in public hearings to also consider

8  approval of the (inaudible words).

9       COMMISSIONER WHITEHURST:  Thank you.  Any

10  questions at this time from the Board?

11       COMMISSIONER ARNOLD:  At this time the Board

12  will hear public comment on Agenda Item Number 2,

13  Agenda Item Number 2.

14       Mr. Terry, if I may, the applicant is here to

15  make a presentation.  You may want to allow that

16  person to go first.

17       COMMISSIONER WHITEHURST:  Thank you.  Forgive

18  me.

19       COMMISSIONER ARNOLD:  We need consistency to

20  be sure it will be (inaudible words).

21       Go ahead.

22       MS. GODELIA:  Vinette Godelia.  (Inaudible) to

23  summarize for you.  I have (inaudible) here today.  I

24  have Mark Harris with me and we have Mr. Trantham, our

25  planner.  We have Officer (inaudible).  I do not have



EXHIBIT D

1  my traffic engineer.  He's sick today.  And

2  (inaudible) from Southeast.  He's apparently stuck --

3  there is a County (inaudible words) in May, and he is

4  stuck in that traffic.  So these are the people that

5  will be here to discuss this issue on typically -- I

6  don't know the percentages right now, because we

7  worked out the terms before we got here.  But here we

8  are today.  We have some points for consideration of

9  the Board that can only be explained in this type of

10  forum.  And so we appreciate this opportunity to talk

11  with you about that today.

12          So we're going to start with right now, as

13  soon as the project was approved.  And here you can

14  see the highway was approved, State Road 16 and you

15  can see the condition there.  Okay.  (Inaudible words)

16  with State Road 16 with the links numbered 1 to 6,

17  lower bank.  I believe that's labeled SA.  And now you

18  can from this thinner, the road was failing at the

19  time that Grand Oaks submitted application for

20  support, more accurately, deteriorating conditions.

21  And so that was the state of the road when Grand Oaks

22  submitted its application.  It's still a road, a

23  deteriorating road now that we're here today in 2022.

24          But importantly, Grand Oaks did not cause the

25  deficiency, didn't cause it to be deficient.  And the



1  fact that the road is failing is in truth why we're

2  here today, because under state law because those

3  roads are failing, the County could not acquire

4  (inaudible words) due to the County's

5  responsibilities.  And you may have seen the County's

6  own traffic data from 2018 which was on that slide.

7  When it's true that under state law Grand Oaks did not

8  owe 15 million, they did not owe 10 million.  They

9  owed more likely zero dollars and in a worst case

10  scenario based on comments and traffic data, $1

11  million.

12          Now, we understand that this is included in a

13  traditional setting, where the question is whether or

14  not what is being requested by the County is

15  proportional or is it sufficiently related to the

16  impact of the project based on competition, based on

17  state law.  There's millions of projects being

18  considered because we are agreeing to pay the $15

19  million plus an additional almost $2 million, for a

20  total of $17 million to get the project under way.

21          Again, even though at worst, Grand Oaks

22  overcounted, to be exact, $989,429, it (inaudible) and

23  entered into a cost share agreement to pay the 10

24  million connected with fees for 50 percent off, so 150

25  percent over cost share, in order to move forward with



<u>EXHIBIT D</u>

ST JOHNS COUNTY BOARD OF COMMISSIONER MTG          February 21, 2023
BOARD OF COUNTY COMMISIONERS MEETING                                      13

1   this road.  And since that time, Grand Oaks has gone

2   out on visits of constructing the roadway, convening

3   or participating in it.  We have completed thousands

4   of dollars in it, at approximately 80 percent of the

5   design work, from surveys we've acquired through

6   retention and loss.  At that point it became clear

7   that circumstances had changed, and that it would cost

8   380 percent more than was approved in 2018 to complete

9   construction of the road.

10        And so we initiated meetings of staff to try

11  come to a solution, and we are two years into those

12  discussions.  In addition, FDOT threw itself into the

13  conversation.  They've indicated they want to design

14  and govern and they'd like to do a five and a half

15  pound sediment because that makes more sense for the

16  platting off visual for sex appeal.

17        So everything you've heard, though, is that

18  neither the County nor the County of Transportation

19  can fund this improvement and this 380 percent

20  increase without seeking funds elsewhere to bank on

21  the legislature.  And so for the same reasons that the

22  County has to go out to find funding to pay for this

23  improvement, and the FDOT has to seek funding from the

24  legislature, the developer also cannot fund this on

25  his own.



<u>EXHIBIT D</u>

1        So in conclusion has always been to widen SR

2   16.  That was true before Grand Oaks was approached.

3   And our focus is working with FDOT and the County to

4   commence construction and schedule what will meet the

5   public needs.  The road is operating at 88 percent, as

6   staff indicated.  And so with or without the remaining

7   facts and notes, State Road 16 will fail in about

8   three years.  But these threats are the only ones that

9   come with a financial payment, that most of all of the

10  roadway.

11       The terms of the agreements were accurate I

12  submitted those myself so we'll keep those.  If we do

13  get a denial -- I'm not asking for approvals here --

14  if we get a denial, there are a series of questions

15  that we need resolved.  And in case that has to happen

16  in a sunshine meeting setting, we're going to hold the

17  sessions today.  We're going to give the Board

18  directions to staff.  I'm handing that applications,

19  the direction to staff regarding the next curve as

20  outlined by staff for the lease of and payment of

21  additional 140 plats.  We have completed, we're

22  presented work, do 20 percent more of the work.  We

23  have the funds, then will the County accept that work,

24  or will it become an issue if approved through the

25  next class?



1    And what direction does the Board intend to

2    take with regard to funding of State Road 16?  And I

3    mentioned a number of us for a delay or continuance,

4    staff had indicated they wanted a language, I believe

5    through the escrow fund, $500 million.  Escrow funding

6    we discussed with the County, and it would unduly

7    limit the most essential funds (inaudible), either

8    way.  So we bring in requesting a pool today.  It was

9    brought by my staff.  Put up a proposal for you today.

10   And we are open to questions.

11        COMMISSIONER WHITEHURST:  Thank you,

12   Ms. Godelia.  If you have any questions at this time,

13   I take the presentation in share view and hear public

14   comment.

15        COMMISSIONER ARNOLD:  At this time the Board

16   will hear public comment on Agenda Item Number 2,

17   Agenda Item Number 2.

18        Ray?

19        COMMISSIONER ALAIMO:  And so that every

20   typical development (inaudible words).

21        MR. SLAVEN:  Want to explain the possibility

22   for Grand Oaks.  Ed Slaven, Legislative office.  As

23   far as the suit, 12-year history of the County

24   attorney memo.  The packages are recently documented.

25   I would agree with them.  And let's not just



1  (inaudible).  That's why we have courts.  We got

2  lawyers, good lawyers but let's not rubber stamp this

3  agreement just because of us talking.  And they

4  haven't presented any evidence, they haven't presented

5  any witnesses.  Of course there's always mediation.  I

6  don't know if 751 would be available, but there's got

7  to be a way the other parties probably be here and in

8  front of me here and be worked out I thought it'd be

9  fair for the lawsuit.

10         We used to have a guy, City of Saint Augustine

11  Beach, and he said his goal in life as a funding

12  consulting director was not to get sued.  You know,

13  that's not our goal.  That's not America.  Let's

14  project this and let's internalize the cost for

15  development, all of them.  And let's not let

16  developers get out of the way of their

17  responsibilities and be subjective.  And I agree with

18  Ray here.  I think --

19         COMMISSIONER ARNOLD:  Thank you, Mr. Slaven.

20  Anyone else for public comment on Agenda Item Number

21  2?  Seeing none, we'll close public comment.

22         COMMISSIONER WHITEHURST:  Public comment is

23  closed.  Discussion from the floor.

24         COMISSIONER JOSEPH:  Well, the point of the

25  money coming in is that they should release more homes



<u>EXHIBIT D</u>

1   onto a road that is not built.  They made an

2   improvement to build the road, they need to build the

3   road, and that's my opinion.  Thank you.

4        COMMISSIONER WHITEHURST:  Thank you.  Any one

5   else, questions for the staff.  We'd be happy to.

6        COMMISSIONER ARNOLD:  Yeah, and I'll speak to

7   this.  This is my district.  This has been on my mind

8   for five years.  That said, I think you guys had

9   plenty of time, And I watched the original approval in

10  2018 countless times.  It's pretty unquestionable that

11  the developers -- and I quote, "the developer will

12  complete the road at their costs and at their risk."

13  The developer will complete the road at their cost and

14  their risk.

15        And again, this is in my district.  Because

16  we've got more traffic, we should prioritize

17  sufficient roads in the County, State Road 16.  While

18  I was not on the Board the previous development, I

19  could not more strongly stand with my constituents

20  independent in that Board, to require specific

21  developer assurances and guarantees upon their

22  approval which stayed in.  That previous Board stood

23  for us, and I think it's time to be -- stick to reach

24  it, apparent to the question coming up.

25        COMMISSIONER WHITEHURST:  Okay, well, I



1   have -- Tyler, would you mind pulling up the

2   visitations, the video plus 1 to 5?

3          My thing that's important for this Board to

4   consider one of the accomplishment back in 2018 is

5   this hearing, is to consider whether or not to approve

6   that grievance.  Back then there was a quasi-judicial

7   island.  And as you know, during a quasi-judicial

8   hearing here, you're required to consider the

9   comprehensive compensation on it, including insurance.

10          Tyler, if you could just start rolling for us.

11          (Video plays.)

12          COMMISSIONER WHITEHURST:  All right.  So

13   that's the fun part.  I want to go back and highlight

14   the things that I heard, and we'll go back to this.

15          We had a member of the County staff who was

16   asserting to misrepresent a time that they were going

17   to build three miles of State Road 16.  We had the

18   Applicant's transportation engineer, the

19   transportation expert, asserting that they were going

20   to build three miles of 16 as the transportation

21   mitigation.  We had the Applicant's legal

22   representative at the time saying it's at the

23   developer's risk.  And they had the three miles of

24   road, whether they had 581 units or not.  And then we

25   had a member of the public during public comment, who



<u>EXHIBIT D</u>

1   understood having listened to the hearing, that the

2   three miles what was being offered as the development

3   agreement, as the developer's obligation

4   transportation administration.

5           So you have a member of the staff, you have an

6   applicant, and you have a member of the public who all

7   understood that the commitments were going at that

8   time, what was being offered by the Applicant was the

9   widening of the three miles -- not tied to a dollar

10  amount, but widening of those three miles.  So it

11  seems very, very clear and I think it's part of our

12  job as Commissioners today to enforce what past Boards

13  approve.

14          On behalf of the residents that they

15  represented you still represent those residents today.

16  So I feel very strongly that it's not tied to a dollar

17  amount.  It's tied to the widening of the three miles

18  of the road.  I'll take the Commissioner's request,

19  subsequent to the thoughts offered by the applicant.

20  Those are my thoughts.  Does anybody else on this

21  Board have any thoughts.

22          Mr. Alaimo?

23          COMMISSIONER ALAIMO:  No.  I just want to echo

24  your comments there and they were very, very powerful

25  and committed to road widening.  So there's got to be



EXHIBIT D

1    some accountability there.  I have no doubt they'll

2    get it.

3           COMMISSIONER WHITEHURST:  Thank you.  If there

4    is nothing else?

5           COMMISSIONER ARNOLD:  Motion to deny, Fair

6    Share Agreement 2022-01, MOD 2022-01 Amendment to

7    Concurrency and Impact Fee Credit Agreement of Grand

8    Oaks PUC, finding that the amendment is not consistent

9    with the purpose and intent of the original agreement

10   and Article 11 of the Land Development Code as

11   amended.

12           COMMISSIONER WHITEHURST:  Proper motion, do we

13   have a second?

14           COMISSIONER JOSEPH:  Second.

15           COMMISSIONER WHITEHURST:  Proper motion,

16   Commissioner Arnold has second and Joseph.  That

17   passes 5 to 0.  Thank you to everybody who spoke and

18   to the Applicant.

19           COMMISSIONER ARNOLD:  There's a motion.

20           COMMISSIONER WHITEHURST:  There's another

21   motion.  Ms. Arnold, please.

22           COMMISSIONER ARNOLD:  Motion to client

23   developers Southeast Development Partners, LLC in

24   default of a commitment and obligations set forth in

25   the Grand Oaks Concurrency and Impact Fee Agreement,



<u>EXHIBIT D</u>

1   (Proportionate Fair Share Agreement - 2018-03), based

2   on the following findings:  (1) The developers failed

3   to RS contractual commitments to why you could

4   possibly make 3.1 miles a State Road 16 and base the

5   its subdivision to coincide with the commencement of

6   the roadway and construction.  (2) These contractual

7   commitments are material to the agreement and material

8   to the Board's prior decisions to approve the

9   developer's prior amendment and PUD reserving

10  allocations to accommodate a subdivision.

11          Pursuant to Section 11 of the agreement, the

12  developer is declared in default and a $5.04 million

13  in per unit payments with the County are now

14  nonavengeable and shall be transferred to the

15  Department of Transportation to fund the design of a

16  project for late assignment to State Road 16.  The

17  County Administrator is corrected to execute documents

18  necessary to transfer the funds to a TOT.  The design

19  may commence as of July 1st of this year.

20          COMMISSIONER WHITEHURST:  Okay.  We have a

21  motion for potential default.  Do we have a second?

22          COMMISSIONER ARNOLD:  Second.

23          COMMISSIONER WHITEHURST:  Motion from

24  Commissioner Arnold, second from Commissioner Alaimo?

25          COMMISSIONER ALAIMO:  Yes, sir.



1          COMMISSIONER WHITEHURST:  All right.  That

2   motion carries 5-0.

3          Commissioner Arnold, any other motions?

4          COMMISSIONER ARNOLD:  No.

5          COMMISSIONER WHITEHURST:  Discussion?  Okay.

6   All right.  I think that concludes Item Number 2.

7          (Meeting concludes at 10:17 a.m.)

8

9

10

11

12                              

13

14

15

16

17

18

19

20

21

22

23

24

25

1              CERTIFICATE OF DIGITAL REPORTER

2

3         I, Deidra Estrella, a Digital Reporter and

4    Notary Public within the State of Florida do hereby

5    certify that on February 21, 2023, in the County of

6    St. Johns County, State of Florida, I digitally

7    reported the proceedings had and the evidence given,

8    together with the objections of counsel, and that said

9    testimony was accurately captured with annotations by

10   me during the proceeding taken at said time and place.

11        I further certify that I am not related to any

12   of the parties to this action by blood or marriage,

13   and that I am in no way interested in the outcome of

14   this matter.

15

16        IN WITNESS THEREOF, I have hereunto set my hand

17   this 23rd day of February, 2023.

18

19

20   

21   _____

22   Deidra Estrella
     Notary Commission Florida No. HH256099
23   Commission Expires:  4-21-2026

24

25

800.211.DEPO (3376)
EsquireSolutions.com

ST JOHNS COUNTY BOARD OF COMMISSIONER MTG          February 21, 2023
BOARD OF COUNTY COMMISIONERS MEETING                                24

```
 1                 CERTIFICATE OF TRANSCRIPTIONIST

 2

 3           I, Phyllis Sullivan, Legal Transcriptionist,

 4      do hereby certify:

 5           That the foregoing is a complete and true

 6      transcription of the original digital audio recording

 7      of the testimony and proceedings captured in the

 8      above-entitled matter.  As the transcriptionist, I

 9      have reviewed and transcribed the entirety of the

10      original digital audio recording of the proceeding to

11      ensure a verbatim record to the best of my ability.

12           I further certify that I am neither attorney

13      for nor a relative or employee of any of the parties

14      to the action; further, that I am not a relative or

15      employee of any attorney employed by the parties

16      hereto, nor financially or otherwise interested in the

17      outcome of this matter.

18

19           IN WITNESS THEREOF, I have hereunto set my

20      hand this 23rd day of February, 2023.

21

22

23
```



```
24           Phyllis Sullivan
             Legal Transcriptionist

25
```

<u>EXHIBIT D</u>

ST JOHNS COUNTY BOARD OF COMMISSIONER MTG
BOARD OF COUNTY COMMISIONERS MEETING

February 21, 2023
Index: $1..additional

**$**

**$1**
  12:10

**$15**
  12:18

**$17**
  12:20

**$2**
  12:19

**$5.04**
  21:12

**$500**
  15:5

**$97.2**
  9:16

**$989,429**
  12:22

**(**

**(1)**
  21:2

**(2)**
  21:6

**0**

**0**
  20:17

**1**

**1**
  11:16
  18:2

**1.7**
  9:8

**10**
  9:8  12:8,
  23

**10.1**
  7:15

**11**
  20:10
  21:11

**12-year**
  15:23

**140**
  14:11

**15**
  7:19  12:8

**150**
  12:24

**16**
  8:8,13
  9:2,22
  11:14,16
  14:2,7
  15:2
  17:17
  18:17,20
  21:4,16

**16.7**
  9:7

**1st**
  21:19

**2**

**2**
  10:12,13
  15:16,17
  16:21
  22:6

**2.6**
  9:14

**20**
  14:22

**2016**
  7:12,25

**2018**
  7:9  8:22
  12:6  13:8
  17:10
  18:4

**2018-03**
  21:1

**2022**
  11:23

**140**
  20:6

**23**
  7:5

**3**

**3.1**
  7:12  21:4

**300**
  9:17,18

**30th**
  9:13

**38.23**
  9:16

**380**
  13:8,19

**4**

**4.8**
  7:17

**442**
  8:4  9:15

**443rd**
  8:6

**5**

**5**
  18:2
  20:17

**5-0**
  22:2

**50**
  12:24

**580**
  8:12

**581**
  18:24

**6**

**6**
  9:15
  11:16

**7**

**751**
  16:6

**8**

**80**
  13:4

**88**
  8:14  14:5

**9**

**90**
  8:13

**9:00**
  5:21

**A**

**accept**
  14:23

**accommodate**
  21:10

**accomplishm
ent**
  18:4

**account**
  5:3

**accountabil
ity**
  20:1

**accounted**
  3:17

**accounting**
  5:8

**accurate**
  14:11

**accurately**
  11:20

**acquire**
  12:3

**acquired**
  8:7  13:5

**acquisition**
  5:5

**action**
  6:13

**add**
  4:10  7:21

**addition**
  5:14
  13:12

**additional**
  12:19
  14:21



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

administration
    19:4

Administrator
    21:17

Agenda
    10:12,13
    15:16,17
    16:20

agree
    15:25
    16:17

agreeing
    12:18

agreement
    7:10,11,
    13,14,16,
    21 10:6
    12:23
    16:3 19:3
    20:6,7,9,
    25 21:1,
    7,11

agreements
    14:11

ahead
    6:6 10:21

Alaimo
    3:12,13
    15:19
    19:22,23
    21:24.25

allocations
    21:10

allowing
    9:12

amended
    20:11

amendment
    7:9 20:6,

8 21:9

America
    16:13

amount
    5:4
    19:10,17

analysis
    8:16

apparent
    17:24

apparently
    11:2

appeal
    13:16

applicant
    4:2,15
    10:14
    19:6,8,19
    20:18

Applicant's
    18:18,21

applicants
    4:13

application
    11:19,22

applications
    14:18

approached
    14:2

approval
    10:8
    17:9,22

approvals
    14:13

approve
    6:24 18:5
    19:13
    21:8

approved
    7:9
    11:13,14
    13:8
    14:24

approximately
    9:7 13:4

April
    9:13

Arnold
    3:8,9
    6:2,3
    10:11,19
    15:15
    16:19
    17:6
    20:5,16,
    19,21,22
    21:22,24
    22:3,4

Article
    20:10

asserting
    18:16,19

assessment
    9:20

assigned
    9:10

assignment
    21:16

assurances
    17:21

attorney
    15:24

Augustine
    16:10

Avery-smith
    8:9

aware
    4:4

B

back
    5:5,6
    7:23
    18:4,6,
    13.14

background
    7:8

bank
    8:4,7
    13:20

base
    21:4

based
    4:7 6:20,
    21 7:12,
    25 8:16
    9:3
    12:10,16
    21:1

Beach
    16:11

behalf
    19:14

benefit
    7:14,17

Board
    3:3 5:25
    6:12,15,
    18 10:10,
    11 11:9
    14:17
    15:1,15
    17:18.20,
    22 18:3
    19:21

Board's
    21:8

Boards
    19:12

briefing
    7:5

bring
    15:8

brought
    15:9

build
    17:2
    18:17.20

building
    9:13

built
    17:1

C

C4
    4:22

capacity
    8:13,19

carries
    7:1 22:2

case
    12:9
    14:15

categorize
    5:1

caveat
    9:22

Chair
    3:7,25
    4:23

chance
    5:17

changed
    13:7

charts
    8:14

choose



4:15

**Church**
3:19

**circumstanc**
**es**
13:7

**City**
16:10

**class**
14:25

**clear**
13:6
19:11

**CLERK**
3:5,7,10,
12,14,25

**client**
20:22

**close**
5:8  16:21

**closed**
16:23

**Code**
20:10

**coincide**
21:5

**Colonial**
3:19

**COMISSIONER**
3:15  4:1
6:9  16:24
20:14

**commence**
14:4
21:19

**commencement**
10:4  21:5

**comment**
10:12

15:14,16
16:20,21,
22  18:25

**comments**
12:10
19:24

**Commerce**
9:22,24

**Commissione**
**r**
3:1,5,6,
7,9,10,
11,12,13,
14,16,25
4:8,10
5:24  6:2,
3,7,10,
16,23
8:21
10:9,11,
17,19
15:11,15,
19  16:19,
22  17:4,
6,25
18:12
19:23
20:3,5,
12,15,16,
19,20,22
21:20,22,
23,24,25
22:1,3,4,
5

**Commissione**
**r's**
19:18

**Commissione**
**rs**
3:3  19:12

**commitment**
20:24

**commitments**
19:7

21:3,7

**committed**
19:25

**committee**
8:23  9:5

**compensatio**
**n**
18:9

**competition**
12:16

**complete**
13:8
17:12,13

**completed**
8:10  13:3
14:21

**comprehensi**
**ve**
7:18  9:6
18:9

**concludes**
22:6

**conclusion**
14:1

**concurrency**
8:16
20:7,25

**condition**
11:15

**conditions**
11:20

**connected**
12:24

**consideration**
11:8

**considered**
12:18

**consistency**
7:22

10:19

**consistent**
10:5  20:8

**constituent**
**s**
17:19

**construct**
9:21  10:3

**constructing**
13:2

**constructio**
**n**
13:9  14:4
21:6

**consulting**
16:12

**continuance**
4:13  6:4,
11,21,25
7:1  15:3

**continue**
4:3,5,6
7:2

**contractual**
21:3,6

**contributio**
**n**
7:14,17

**contributio**
**n**
9:7

**convening**
13:2

**conversatio**
**n**
13:13

**conveying**
9:9

**corrected**

21:17

**corresponds**
8:18

**cost**
7:15,21
8:1
12:23,25
13:7
16:14
17:13

**costs**
8:24  9:1
17:12

**countless**
17:10

**County**
3:3,7
7:11,18
8:5  9:14,
17  11:3
12:3,14
13:18,22
14:3,23
15:6,23
17:17
18:15
21:13,17

**County's**
12:4,5

**Court**
5:14

**courts**
16:1

**Credit**
20:7

**current**
9:2  10:6

**curve**
14:19



**D**

**data**
  12:6,10

**date**
  9:10

**day**
  7:24

**days**
  9:8

**Dean**
  3:10,11
  4:8,10

**decisions**
  21:8

**declared**
  21:12

**default**
  20:24
  21:12,21

**deficiency**
  11:25

**deficient**
  11:25

**delay**
  15:3

**denial**
  6:14
  14:13,14

**deny**
  6:4,21,24
  7:1 20:5

**Department**
  21:15

**design**
  8:7,10
  13:5,13
  21:15,18

**desires**
  6:13

**detail**
  5:4

**deteriorating**
  11:20,23

**developer**
  7:11 8:6,
  8 10:7
  13:24
  17:13
  21 21:12

**developer's**
  10:2
  18:23
  19:3 21:9

**developers**
  16:16
  17:11
  20:23
  21:2

**development**
  4:24 7:8,
  10 15:20
  16:15
  17:18
  19:2
  20:10,23

**developments**
  7:23

**direction**
  14:19
  15:1

**directions**
  14:18

**director**
  3:24
  16:12

**discretion**
  6:19 8:8

**discuss**
  5:17,18
  11:5

**discussed**
  15:6

**discussion**
  4:17 5:25
  6:17 9:25
  16:23
  22:5

**discussions**
  4:19

**disposition**
  5:15

**district**
  17:7,15

**documented**
  15:24

**documents**
  21:17

**dollar**
  19:9,16

**dollars**
  12:9 13:4

**doubt**
  20:1

**due**
  6:3 12:4

**E**

**echo**
  19:23

**Ed**
  15:22

**eligible**
  7:16

**enforce**
  19:12

**engineer**
  11:1
  18:18

**entered**
  12:23

**entertain**
  4:17

**equivalent**
  6:14

**escrow**
  15:5

**essence**
  7:19

**essential**
  15:7

**established**
  7:24

**estimated**
  7:20

**evidence**
  16:4

**exact**
  12:22

**execute**
  21:17

**expert**
  5:15
  18:19

**explain**
  4:14

**explained**
  11:9

**F**

**fact**
  12:1

**facts**
  14:7

**factually**
  5:8

**fail**
  14:7

**failed**
  21:2

**failing**
  11:18
  12:1,3

**fair**
  7:10,13
  16:9 20:5
  21:1

**FDOT**
  13:12.23
  14:3

**Fee**
  7:16
  20:7,25

**feel**
  19:16

**fees**
  12:24

**finally**
  5:20

**financial**
  14:9

**find**
  5:2 13:22

**finding**
  20:8

**findings**
  21:2

**floor**
  16:23

**focus**
  14:3

**Forgive**
  10:17



**ESQUIRE**
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

**formative**
6:20

**forum**
11:10

**forward**
6:6 9:1
12:25

**front**
16:8

**fun**
18:13

**fund**
13:19,24
15:5
21:15

**funding**
13:22,23
15:2,5
16:11

**funds**
13:20
14:23
15:7
21:18

_____

**G**

**gauge**
8:1

**give**
4:6 7:4
9:19
14:17

**goal**
16:11,13

**Godelia**
4:23,24
10:22
15:12

**good**
3:1,23

16:2

**govern**
13:14

**Grand**
11:19,21,
24 12:7,
21 13:1
14:2
15:22
20:7,25

**grievance**
18:16

**Growth**
3:24

**guarantees**
17:21

**guy**
16:10

**guys**
17:8

_____

**H**

**half**
13:14

**handing**
14:18

**happen**
14:15

**happy**
17:5

**Harris**
10:24

**hear**
3:17
10:12
15:13,16

**heard**
8:25
13:17

18:14

**hearing**
8:22
18:5,8
19:1

**hearings**
10:7

**Henry**
3:10

**highlight**
18:13

**highway**
11:14

**history**
7:6 8:21
15:23

**hold**
8:5 14:16

**homes**
16:25

**hope**
6:19

_____

**I**

**impact**
7:16
12:16
20:7,25

**important**
18:3

**importantly**
11:24

**improvement**
13:19,23
17:2

**inaudible**
3:22,24
4:2,7,8,
20 5:2,6,

7,11,12,
16,23
6:5,24
8:3,25
9:2,13
10:8,20,
22,23,25
11:2,3,15
12:4,22
15:7,20
16:1

**incentives**
8:14

**included**
12:12

**including**
18:9

**increase**
13:20

**independent**
17:20

**information**
7:22

**initially**
9:23

**initiated**
13:10

**insurance**
18:9

**intend**

**intent**
10:5 20:9

**internalize**
16:14

**interrupt**
4:1

**introductio
n**
3:22

**invocation**
3:18

**islsnd**
18:7

**issue**
11:5
14:24

**item**
4:3,14,17
5:23 6:1,
18 10:12,
13 15:16,
17 16:20
22:6

**items**
5:12

_____

**J**

**job**
19:12

**Johns**
3:2

**Joseph**
3:14,15
4:1,2
6:8,9
16:24
20:14,16

**July**
21:19

_____

**K**

**Krista**
3:14

**Kristina**
4:2



**L**

labeled
 11:17

Land
 20:10

language
 15:4

late
 21:16

latest
 10:2

law
 12:2,7,17

lawsuit
 16:9

lawyers
 16:2

lease
 14:20

left
 5:23

legal
 4:7 18:21

Legislative
 15:22

legislature
 13:21.24

lengthy
 4:18

life
 16:11

limit
 15:7

links
 11:16

listened
 19:1

LLC
 20:23

loss
 13:6

lower
 11:17

**M**

made
 10:6 17:1

make
 4:4 5:22
 8:19
 10:15
 21:4

makes
 13:15

Management
 3:24

Mark
 10:24

material
 21:7

materials
 3:4

Matt
 3:18

matters
 6:15

Mccloghry
 3:18,21

meantime
 5:11

mediation
 16:5

meet
 14:4

meeting

3:2 14:16

meetings
 13:10

member
 5:20
 18:15,25
 19:5,6

memo
 15:24

mentioned
 15:3

merits
 4:18

MIGUT
 6:12,20

Mike
 3:23

miles
 7:12
 18:17,20,
 23 19:2,
 9,10,17
 21:4

million
 7:15,17,
 20 9:8,
 14,15,16,
 17.18
 12:8,11,
 19,20,24
 15:5
 21:12

millions
 12:17

mind
 17:7 18:1

minor
 9:5

minutes
 7:5

misrepresent
 18:16

mitigation
 18:21

MOD
 7:9 20:6

moderation
 8:18

money
 16:25

months
 8:15

morning
 3:1,2,23
 5:20

Morris
 8:21

motion
 6:10,20.
 22 7:1
 20:5,12.
 15,19,21,
 22 21:21,
 23 22:2

motions
 22:3

move
 4:13 6:4,
 6 10:3

Moving
 9:1

**N**

net
 8:2

nonavengeable

21:14

north
 8:12

noted
 8:2

notes
 14:7

number
 10:12,13
 15:3,16,
 17 16:20
 22:6

numbered
 11:16

**O**

Oaks
 11:19,21,
 24 12:7,
 21 13:1
 14:2
 15:22
 20:8,25

obligation
 10:3 19:3

obligations
 20:24

offered
 19:2,8,19

office
 15:22

Officer
 10:25

open
 15:10

operating
 14:5

opinion
 17:3



**opportunity**
11:10

**order**
12:25

**original**
17:9 20:9

**outlined**
14:20

**overcounted**
12:22

**overview**
9:19

**owe**
12:8

**owed**
12:9

---

**P**

---

**packages**
15:24

**paid**
9:14

**part**
9:25
18:13
19:11

**participating**
13:3

**parties**
9:20 16:7

**Partners**
4:25
20:23

**passes**
20:17

**past**
7:25
19:12

**Pastor**
3:18,20,
21

**pay**
9:16
12:18,23
13:22

**payment**
14:9,20

**payments**
21:13

**people**
11:4

**percent**
8:13,14
12:24,25
13:4,8,19
14:5,22

**percentages**
11:6

**person**
10:16

**PFS**
7:9

**phase**
10:1

**plaintiff**
4:11

**plaintiffs**
4:22

**plan**
7:19 9:20

**planner**
10:25

**plat**
8:4,6
9:17

**plats**
14:21

**platting**
9:12,15
13:16

**plays**
18:11

**plenty**
17:9

**point**
8:10 13:6
16:24

**points**
15:17

**pond**
9:8

**ponds**
5:1,4,19
8:7,9 9:9

**pool**
15:8

**posed**
6:18

**position**
5:3,18

**possibility**
15:21

**possibly**
4:13 21:4

**postponement**
4:14,16

**potential**
21:21

**pound**
13:15

**powerful**
19:24

**Present**
3:6,9,11,
13,15

**presentation**
4:5,12
7:3 9:23
10:15
15:13

**presented**
14:22
16:4

**pretty**
17:10

**previous**
17:18,22

**prime**
8:15

**prior**
10:4
21:8,9

**prioritize**
17:16

**proceeding**
6:14

**process**
5:8

**project**
9:6,21
11:13
12:16,20
16:14
21:16

**projections**
7:25

**projects**
12:17

**proper**
6:17,19
20:12,15

**property**
5:5

**proponent**

**5:3**

**proportional**
12:15

**proportionate**
7:10,13
21:1

**proposal**
7:7 10:2
15:9

**provide**
8:18

**public**
7:17
10:7,12
14:5
15:13,16
16:20,21,
22 18:25
19:6

**public's**
7:14

**PUC**
20:8

**PUD**
21:9

**pulling**
18:1

**purpose**
10:5 20:9

**Pursuant**
21:11

**Put**
15:9

---

**Q**

---

**quantify**
5:4



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

ST JOHNS COUNTY BOARD OF COMMISSIONER MTG        February 21, 2023
BOARD OF COUNTY COMMISIONERS MEETING        Index: quasi-judicial..specific

**quasi-judicial**
18:6,7

**question**
8:15
12:13
17:24

**questions**
10:10
14:14
15:10,12
17:5

**quick**
7:5

**quote**
17:11

---

**R**

**Ray**
15:18
16:18

**reach**
17:23

**reaching**
8:13

**reading**
5:7

**reasons**
13:21

**recently**
15:24

**recording**
9:9

**redline**
9:4

**referring**
4:11

**regard**
15:2

**regular**
3:2

**related**
9:7 12:15

**release**
16:25

**remaining**
9:17 14:6

**report**
4:7

**represent**
19:13

**representations**
10:6

**representative**
18:22

**represented**
19:15

**representing**
4:21

**request**
4:3,5,19
6:11
19:18

**requested**
12:14

**requesting**
4:25 15:8

**require**
17:20

**required**
18:8

**reserving**
21:9

**residents**
19:14,15

**resolved**
14:15

**respect**
6:4

**responsibilities**
12:5
16:17

**responsibility**
9:24

**represent**
19:13

**retention**
13:6

**risk**
17:12,14
18:23

**road**
8:23,24
9:21 10:4
11:14,16,
18,21,22,
23 12:1
13:1,9
14:5,7
15:2
17:1,2,3,
12,13,17
18:17,24
19:18,25
21:4,16

**roads**
5:5 12:3
17:17

**roadway**
13:2
14:10
21:6

**Roberson**
3:23 4:6,
21 7:2,4

**rolling**
18:10

**Roy**
3:12

**RS**
21:3

**rubber**
16:2

---

**S**

**SA**
11:17

**Saint**
16:10

**Sarah**
3:7

**Savannah's**
9:16

**scenario**
12:10

**schedule**
14:4

**scrapped**
8:22

**Section**
21:11

**sediment**
13:15

**seek**
13:23

**seeking**
13:20

**sense**
13:15

**series**
14:14

**session**
4:18

**sessions**
14:17

**set**
20:24

**setting**
12:13
14:16

**sex**
13:16

**share**
7:10,13,
15 12:23,
25 15:13
20:6 21:1

**sharing**
9:8

**sick**
5:21 11:1

**sign**
5:5

**sir**
21:25

**sites**
9:8

**Slaven**
15:21,22
16:19

**slide**
12:6

**solution**
13:11

**Southeast**
4:24 7:9
11:2
20:23

**speak**
4:9 5:15
17:6

**specific**
17:20



**spoke**
20:17

**SR**
8:12 14:1

**St**
3:2

**staff**
4:12
5:17,18,
20 13:10
14:6,18,
19,20
15:4,9
17:5
18:15
19:5

**stsmp**
16:2

**stand**
17:19

**standard**
7:16

**start**
11:12
18:10

**state**
9:21
11:14,16,
21 12:2,
7,17 14:7
15:2
17:17
18:17
21:4,16

**stats**
5:7,8,9

**stay**
5:1 8:19

**stayed**
17:22

**stick**

**stood**
17:22

**strongly**
17:19
19:16

**stuck**
11:2,4

**study**
8:2

**subdivision**
21:5,10

**subjective**
16:17

**submitted**
9:5
11:19,22
14:12

**subsequent**
19:19

**sued**
16:12

**sufficient**
17:17

**sufficientl
y**
12:15

**suggest**
4:13,14

**suit**
15:23

**sum**
7:19

**summarize**
10:23

**sunshine**
14:16

**support**
11:20

**surveyed**
9:4

**surveys**
13:5

**system**
8:20

─────────

**T**
─────────

**table**
5:23

**taking**
6:13

**talk**
11:10

**talking**
9:1,12
16:3

**terms**
7:15 11:7
14:11

**Terry**
10:14

**text**
5:21

**thing**
18:3

**things**
18:14

**thinner**
11:18

**thought**
5:22 16:8

**thoughts**
19:19,20,
21

**Thousand**
5:14

**thousands**

**13:3**

**threats**
14:8

**threw**
13:12

**thrush**
8:2

**tied**
19:9,16,
17

**time**
5:15 6:5,
6 10:10,
11 11:19
13:1
15:12,15
17:9,23
18:16,22
19:8

**times**
17:10

**today**
10:23
11:1,8,
11,23
12:2
14:17
15:8,9
19:12,15

**told**
4:12

**TOI**
21:18

**total**
12:20

**traditional**
12:13

**traffic**
7:25 9:13
11:1,4
12:6,10

**17:16**

**transfer**
21:18

**transferred**
21:14

**transportat
ion**
13:18
18:18,19,
20 19:4
21:15

**Trantham**
10:24

**trigger**
8:12

**triggers**
7:24 8:4,
16 9:11

**true**
12:7 14:2

**truth**
12:1

**Tyler**
18:1,10

**type**
4:16,20
11:9

**typical**
15:20

**typically**
11:5

─────────

**U**
─────────

**ultimately**
8:1 9:6,
18

**understand**
12:12



EXHIBIT D

**understood**
19:1,7

**unduly**
15:6

**unit**
8:1,6,12,
23 9:1
21:13

**units**
8:17
18:24

**unquestiona ble**
17:10

—————————

**V**

—————————

**ventured**
9:21

**video**
18:2,11

**view**
15:13

**Vinette**
4:23
10:22

**visit**
5:13

**visitations**
18:2

**visits**
13:2

**visual**
13:16

**vote**
6:18,21,
24,25

—————————

**W**

—————————

**walked**
5:21

**wanted**
4:3 15:4

**watched**
17:9

**Whitehurst**
3:1,5,6,
16:8
6:7,10,
16,23
10:9,17
15:11
16:22
17:4,25
18:12
20:3,12,
15,20
21:20,23
22:1,5

**widen**
7:12 14:1

**widening**
8:23,24
10:3,4,5
19:9,10,
17,25

**withdrawal**
4:16,20

**witnesses**
16:5

**words**
3:22,24
4:2,7
5:2,7,11,
13 6:5
10:8,20
11:3,15
12:4
15:20

**work**
13:5
14:22,23

**worked**
11:7 16:8

**working**
4:24 5:1
14:3

**World**
9:22,23

**worst**

—————————

**Y**

—————————

**year**
9:10,14
21:19

**years**
13:11
14:8 17:8

