<u>EXHIBIT E</u>

**Erin Tilton**
___

| | |
|---|---|
| **From:** | Joy Andrews |
| **Sent:** | Friday, February 11, 2022 3:32 PM |
| **To:** | Phong Nguyen; Mike Roberson; Christine Valliere; Savannah Rodgers |
| **Subject:** | RE: Grand Oaks and widening SR-16 |

This is very helpful! Thank you Phong and Christine! We will provide this information to the Commissioner.

Joy

**From:** Phong Nguyen
**Sent:** Friday, February 11, 2022 2:58 PM
**To:** Joy Andrews <jqandrews@sjcfl.us>; Mike Roberson <mroberson@sjcfl.us>; Christine Valliere <cvalliere@sjcfl.us>; Savannah Rodgers <srodgers@sjcfl.us>
**Subject:** RE: Grand Oaks and widening SR-16

Joy,

Here's the our response for the 3 items below:

Mike, please have staff provide me with an update on:
1. what is in the current prop share agreement, have we captured any additional commitment from the last board meeting by the applicant.
   RESPONSE:  The Grand Oaks developers are committed to provide $15 million so that the applicant can widen SR 16 to 4-Lane (from San Giacomo to its Eastern entrance). There were thresholds in place to trigger commencement of the widening but those thresholds have not been met so at this time, we have no scheduled timeline for construction.  The 2 thresholds are as follows, whichever one comes first:
   1. The 581st platted lot will trigger it. Currently they have 461 platted lots. 2. SR 16 reached 90% of capacity based on existing traffic volume.  Currently SR 16 is at 83% of capacity. We have not captured any additional commitment since 2018.

2. A transcript of the response related to Grand Oaks' 16 widening obligation, and verbal commitment
   RESPONSE:  We have meeting minutes (attached pdf file) but no transcript; however Savannah reviewed the video clips and provided verbal commitment (attached email). However, as long as they comply and pay for required proportionate share then we (SJC) cannot require them to pay more than their prop share amount regardless whether of verbal commitment.

3. Please get with Christine to get her guidance on if there were verbal commitment from the applicant's representing attorney, are they legally bidding, if yes, how do we go about stipulate that in an text amendment.
   Savannah, please coordinate with Mike to have the response ready. We need to send Comm Waldron something by end of this week.
   Thanks,
   RESPONSE:  Based on my phone conversation with Christine this afternoon, we cannot stipulate any additional commitment/payment beyond their prop share amount.

Please let me know if you need any further explanation.

1

<u>EXHIBIT E</u>

Phong Nguyen
Transportation Development Manager
St Johns County Growth Management Department
4040 Lewis Speedway
St Augustine FL 32084
www.sjcfl.us (904) 209-0613 office

---

**From:** Mike Roberson <mroberson@sjcfl.us>
**Sent:** Friday, February 11, 2022 2:12 PM
**To:** Savannah Rodgers <srodgers@sjcfl.us>
**Cc:** Phong Nguyen <pnguyen@sjcfl.us>
**Subject:** RE: Grand Oaks and widening SR-16

Phong is working on it and we'll have something by COB.

Thanks,
Mike

---

**From:** Savannah Rodgers
**Sent:** Friday, February 11, 2022 2:04 PM
**To:** Mike Roberson <mroberson@sjcfl.us>
**Cc:** Christine Valliere <cvalliere@sjcfl.us>; Joy Andrews <jqandrews@sjcfl.us>
**Subject:** RE: Grand Oaks and widening SR-16

Mike,

Would you have staff copy Joy on this response? If you prefer, you can send me the response to reply to Commissioner Waldron.

Thank you,



**Savannah Rodgers**
Assistant to the Deputy County Administrator
Office of the County Administrator
St. Johns County Board of County Commissioners
500 San Sebastian View, St. Augustine, Florida 32084
Telephone: (904) 209-0539 | Email: srodgers@sjcfl.us | Website: www.sjcfl.us

*Compassionate – Trustworthy – Innovative*

---

**From:** Joy Andrews
**Sent:** Wednesday, February 9, 2022 10:19 AM
**To:** Mike Roberson <mroberson@sjcfl.us>; Savannah Rodgers <srodgers@sjcfl.us>
**Cc:** Christine Valliere <cvalliere@sjcfl.us>
**Subject:** FW: Grand Oaks and widening SR-16

Mike, please have staff provide me with an update on:

**EXHIBIT E**

1. what is in the current prop share agreement, have we captured any additional commitment from the last board meeting by the applicant.
2. A transcript of the response related to Grand Oaks' 16 widening obligation, and verbal commitment
3. Please get with Christine to get her guidance on if there were verbal commitment from the applicant's representing attorney, are they legally bidding, if yes, how do we go about stipulate that in an text amendment.

Savannah, please coordinate with Mike to have the response ready. We need to send Comm Waldron something by end of this week.

Thanks,

Joy

---

**From:** Commissioner Paul Waldron <bcc3pwaldron@sjcfl.us>
**Sent:** Monday, February 7, 2022 3:43 PM
**To:** Hunter Conrad <hconrad@sjcfl.us>
**Subject:** Fwd: Grand Oaks and widening SR-16

Let's check into this one. Thanks

Paul M. Waldron
St Johns County Commissioner Dist. 3
904-209-0303
904-436-3973

Sent from my iPhone

Begin forwarded message:

> **From:** Phong Nguyen <pnguyen@sjcfl.us>
> **Date:** February 3, 2022 at 2:28:01 PM EST
> **To:** Chris Delbene <cmdelbene@gmail.com>
> **Cc:** Commissioner Paul Waldron <bcc3pwaldron@sjcfl.us>, Commissioner Sarah Arnold <bcc2sarnold@sjcfl.us>, Commissioner Christian Whitehurst <bcc1cwhitehurst@sjcfl.us>, Commissioner Jeremiah Blocker <bcc4jblocker@sjcfl.us>
> **Subject: RE: Grand Oaks and widening SR-16**
>
> Yes, based on the prop share agreement with the county, there are 2 thresholds that trigger construction commencement after 180 days once they received notice from the county. The 2 thresholds are as follows, whichever one comes first:
> 1. The 581st platted lot will trigger it. Currently they have 461 platted lots. 2. SR 16 reached 90% of capacity based on existing traffic volume.  Currently SR 16 is at 83% of capacity.
> If you have any other questions, please feel free to contact me; however. I will not be able to respond to your questions until next week.
> Phong
>
> Sent from my Verizon, Samsung Galaxy smartphone

<u>EXHIBIT E</u>

-------- Original message --------
From: Chris Delbene <cmdelbene@gmail.com>
Date: 2/3/22 1:06 PM (GMT-05:00)
To: Phong Nguyen <pnguyen@sjcfl.us>
Cc: Commissioner Paul Waldron <bcc3pwaldron@sjcfl.us>, Commissioner Sarah Arnold <bcc2sarnold@sjcfl.us>, Commissioner Christian Whitehurst <bcc1cwhitehurst@sjcfl.us>, Commissioner Jeremiah Blocker <bcc4jblocker@sjcfl.us>
Subject: Re: Grand Oaks and widening SR-16

Good Afternoon,

Thank you for the information and response. Can you please provide details as to the "thresholds in place" to begin commencement of the road widening?

Thank you,

Chris DelBene

> On Feb 3, 2022, at 12:07 PM, Phong Nguyen <pnguyen@sjcfl.us> wrote:
>
> Good morning Mr. Delbene,
>
> The Grand Oaks developers are committed to provide $15 million so that they can widen SR 16 to 4-Lane (from San Giacomo to its Eastern entrance). There were thresholds in place to trigger commencement of the widening but those thresholds have not been met so at this time, we have no scheduled timeline for construction.
>
> We are aware through their communication with us that the developers have hired consultants to do design and actively acquiring pond sites. We are also aware that construction costs have substantially increased over the last 2 years.
>
> At this time, we do not have any further information to provide you.
>
> Phong Nguyen
> Transportation Development Manager
> St Johns County Growth Management Department
> 4040 Lewis Speedway
> St Augustine FL 32084
> www.sjcfl.us (904) 209-0613 office
>
>> **From:** Commissioner Paul Waldron <bcc3pwaldron@sjcfl.us>
>> **Sent:** Wednesday, February 2, 2022 10:44 PM
>> **To:** Phong Nguyen <pnguyen@sjcfl.us>
>> **Subject:** Fwd: Grand Oaks and widening SR-16

<u>EXHIBIT E</u>

Good morning. Please answer these questions. Thanks

Paul M. Waldron
St Johns County Commissioner Dist. 3
904-209-0303
904-436-3973

Sent from my iPhone

Begin forwarded message:

> **From:** Chris Delbene <cmdelbene@gmail.com>
> **Date:** February 2, 2022 at 10:30:41 PM EST
> **To:** Commissioner Sarah Arnold <bcc2sarnold@sjcfl.us>,
> Commissioner Paul Waldron <bcc3pwaldron@sjcfl.us>,
> Commissioner Christian Whitehurst <bcc1cwhitehurst@sjcfl.us>,
> Commissioner Jeremiah Blocker <bcc4jblocker@sjcfl.us>,
> Commissioner Henry Dean <bcc5hdean@sjcfl.us>
> **Subject: Grand Oaks and widening SR-16**
>
> Good Evening Commissioners:
>
> As part of Grand Oaks developed on SR-16, the developer was to provide $5million for widening the road to 4 lanes.
>
> Please advise if said funds were delivered and when we residents came expect the road to be widened using said funds.
>
> Thank you,
>
> Chris DelBene
>
>
> CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you believe this message is fraudulent or malicious, please contact MIS for further assistance.

**CAUTION**: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you believe this message is fraudulent or malicious, please contact MIS for further assistance.