EXHIBIT F

**Erin Tilton**
___

| | |
|---|---|
| **From:** | Evans, Kimberly <Kimberly.Evans@dot.state.fl.us> |
| **Sent:** | Thursday, January 19, 2023 3:16 PM |
| **To:** | Duane Kent |
| **Subject:** | RE: 210447-5 Design of widening of SR 16 from IGP to I-95 |
| **Attachments:** | SR 16 at IGP LFA.docx |

Hi Duane,

This is the revised LFA to executed prior to May 15, 2023 with the different amount.  What is Joy's contact info and I'll update and send back to you?  When will this go to the BOCC?

Thanks,


**Kim Evans, CPM, FCCM**
Program Management
Local Programs Section – MS 2014
1109 South Marion Avenue
Lake City, Florida  32025
386-961-7402
kimberly.evans@dot.state.fl.us



"Be the change you want to see"

___

**From:** Knight, James <James.Knight@dot.state.fl.us>
**Sent:** Thursday, January 19, 2023 2:00 PM
**To:** Dick D'Souza <ddsouza@sjcfl.us>; Duane Kent <rkent@sjcfl.us>; Greg Caldwell <gcaldwell@sjcfl.us>; Ben Bright <bbright@sjcfl.us>
**Cc:** Mike Roberson <mroberson@sjcfl.us>; Evans, Kimberly <Kimberly.Evans@dot.state.fl.us>
**Subject:** RE: 210447-5 Design of widening of SR 16 from IGP to I-95

That will get the project off to a strong start, please proceed.

James M. Knight, P.E.
Urban Planning and Modal Administrator
Florida Department of Transportation District 2

Phone (904) 360-5646

___

**From:** Dick D'Souza <ddsouza@sjcfl.us>
**Sent:** Thursday, January 19, 2023 1:40 PM
**To:** Duane Kent <rkent@sjcfl.us>; Greg Caldwell <gcaldwell@sjcfl.us>; Ben Bright <bbright@sjcfl.us>; Knight, James <James.Knight@dot.state.fl.us>
**Cc:** Mike Roberson <mroberson@sjcfl.us>
**Subject:** RE: 210447-5 Design of widening of SR 16 from IGP to I-95

**EXHIBIT F**

> **EXTERNAL SENDER:** Use caution with links and attachments.

All,

We currently have $5,040,000 that we can transfer by the deadline below. I can go ahead and get moving that that transfer and have it scheduled before our board by March if this will work. Let me know so I can get this scheduled and started.

Thanks,

Dick

---

**From:** Evans, Kimberly <Kimberly.Evans@dot.state.fl.us>
**Sent:** Thursday, January 12, 2023 5:54 PM
**To:** Duane Kent <rkent@sjcfl.us>
**Cc:** Knight, James <James.Knight@dot.state.fl.us>; Webb, Paul <Paul.Webb@dot.state.fl.us>; Vittur, Brandi <Brandi.Vittur@dot.state.fl.us>
**Subject:** 210447-5 Design of widening of SR 16 from IGP to I-95
**Importance:** High

Good Afternoon Duane,

Hope you are doing great in the New Year!

I've been working with Jim Knight to develop the attached Locally Funded Agreement - design of the widening of SR 16 from IGP to I-95 in the amount of $13,000,000 million dollars.

I need the agreement signed by your BOCC with resolution in order to start the process of local funds being transferred to FDOT no later than May 15, 2023 (stated in the attached contract).

Please help me get these to the right staff in order to start your board execution process.

I've also attached the wiring instruction to guide in the transfer process.

Please let me know if you have any questions.

Thanks,



**Kim Evans, CPM, FCCM**
Program Management
Local Programs Section – MS 2014
1109 South Marion Avenue
Lake City, Florida  32025
386-961-7402
kimberly.evans@dot.state.fl.us



<u>EXHIBIT F</u>

"Be the change you want to see"

---

**CAUTION**: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you believe this message is fraudulent or malicious, please contact MIS for further assistance.

3

EXHIBIT F

**Financial Project ID:  210447-5-32-01**
Widening of SR 16 from International Golf Parkway to I-95 (SR 9)

## LOCALLY FUNDED AGREEMENT (Lump Sum)

This Locally Funded Agreement ("Agreement") is made and entered into by and between the State of Florida Department of Transportation ("Department") and St. Johns County ("Participant").

### -RECITALS-

1. It is in the mutual best interest of the parties to facilitate a transportation project associated with Financial Project Number 210447-5-32-01 design of the widening of SR 16 from two to four lanes from International Golf Parkway to I-95 (SR 9) in St. Johns County ("Improvements") **Exhibit "A"** and

2. The Department is fee simple owner of SR 16, and the Project is located on or within the SR 16 right of way ("Department Property"); and

3. The Participant has agreed to allocate funds of Five Million Forty Thousand Dollars ($5,040,000) to help fund the Improvements, as more particularly described in **Exhibit "B"**; and

4. A copy of the Participant's letter of intent authorizing funding for the Project is attached as **Exhibit "C"**;

**NOW, THEREFORE**, with full knowledge and understanding of the laws governing the subject matter of this Agreement, and in consideration of the foregoing recitals and the mutual covenants and conditions contained in this Agreement, the parties, intending to be legally bound, acknowledge and agree as follows:

### 1. RECITALS & EXHIBITS
The above recitals and attached exhibits are specifically incorporated by reference and made part of this Agreement.

### 2. EFFECTIVE DATE
The "Effective Date" of this Agreement shall be the date the last of the parties to be charged executes this Agreement.

### 3. E-VERIFY
The Participant (A) shall utilize the U.S. Department of Homeland Security's E-Verify system to verify the employment eligibility of all new employees hired by the Participant during the term of the contract;  and (B) shall expressly require any subcontractors performing work or providing services pursuant to the state contract to likewise utilize the U.S. Department of Homeland Security's E-Verify system to verify the employment eligibility of all new employees hired by the subcontractor during the contract term.

### 4. FINANCIAL PROVISIONS
A. The Participant's funding obligation pursuant to this Agreement shall be in the amount Five Million Forty Thousand Dollars ($5,040,000) ("Participant Funds").

B. The Participant Funds shall be paid to the Department in a lump sum payment pursuant and via the Project Number 210447-5-32-01.  The Participant shall remit the Participant Funds during the fiscal year 2022-2023 at least fourteen (14) calendar days prior to the Department's advertising the Project for bid and no later than **May 15, 2023**.  The Department may utilize this contribution for payment of the costs of the project.

In the event actual cost of the Project is less than the Participant Funds, the excess monies will be applied to any other phase of the Project, within the sole discretion of the Department.

Payment of funds pursuant to this Agreement will be made directly to the Department for deposit.

<u>**EXHIBIT F**</u>

**Financial Project ID: 210447-5-32-01**
Widening of SR 16 from International Golf Parkway to I-95 (SR 9)

    C.    Contact Persons:

        Participant:
        St Johns County
        Duane Kent, P.E.
        County Engineer
        Phone: 904-209-0113
        rkent@sjcfl.us

        Federal Employer ID # (FEIN): FF596000825003

        Department:
        Attention: Kim Evans, District Local Programs Administrator
        Florida Department of Transportation – District 2 – Program Management
        1109 South Marion Avenue
        Lake City, Florida 32025
        Phone: 386-961-7402
        Kimberly.evans@dot.state.fl.us

**<u>5. NOTICE</u>**
All notices, communications and determinations between the parties and those required to be given under this Agreement, including, without limitation, any change to a party's notification address, shall be in writing and shall be sufficient if delivered by registered or certified mail to the parties at the addresses provided in the Financial Provisions section of this Agreement.

**<u>6. MODIFICATION OF AGREEMENT</u>**
A modification or waiver of any of the provisions of this Agreement shall be effective only if made in writing and executed with the same formality as this Agreement.

**<u>7. INDEMNIFICATION</u>**
A. The Participant shall promptly defend, indemnify, hold the Department harmless from and pay all demands, claims, judgments, liabilities, damages, fines, fees, taxes, assessments, costs, losses, penalties, construction delay costs / penalties, expenses, attorneys' fees and suits of any nature or kind whatsoever caused by, arising out of or related to the Participant's performance, or breach, of this Agreement ("Liabilities").  The term "Liabilities" shall also specifically include all civil and criminal environmental liability arising, directly or indirectly under any Governmental Law, including, without limitation, liability under the Resource Conservation and Recovery Act ("RCRA"), the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), the Clean Air Act ("CAA") and the Clean Water Act ("CWA"). The Participant's duty to defend, indemnify and hold the Department harmless specifically does not encompass indemnifying the Department for its negligence, intentional or wrongful acts, omissions or breach of contract.

B. The Participant shall notify the Department in writing immediately upon becoming aware of any Liabilities. The Participant's obligation to defend, indemnify and hold the Department harmless from any Liabilities, or at the Department's option to participate and associate with the Department in the defense and trial of any Liabilities, including any related settlement negotiations, shall be triggered by the Department's written notice of claim for indemnification to the Participant.  The Participant's inability to evaluate liability, or its evaluation of liability, shall not excuse performance of the provisions of this paragraph.

**<u>8. SOVEREIGN IMMUNITY & LIMITATION OF LIABILITY</u>**
Nothing in this Agreement shall be deemed or otherwise interpreted as waiving either party's sovereign immunity protections, or as increasing the limits of liability set forth in §768.28, Florida Statutes, as the same may be amended from time to time.  The limit of the Department's liability for breach of this Agreement shall be identical to the limitations of liability for tort actions set forth in §768.28(5), Florida Statutes.

**<u>9. GOVERNING LAW</u>**
This Agreement shall be governed in all respect by the laws of the State of Florida.

EXHIBIT F

**Financial Project ID:  210447-5-32-01**
Widening of SR 16 from International Golf Parkway to I-95 (SR 9)

## 10. INITIAL DETERMINATION OF DISPUTES

The Department's District Two Secretary ("District Secretary") shall act as the initial arbiter of all questions, difficulties, and disputes concerning the interpretation, validity, performance or breach of this Agreement.

## 11. VENUE AND JURISDICTION

A. Venue for any and all actions arising out of or in any way related to the interpretation, validity, performance or breach of the Agreement that are not resolved to the mutual satisfaction of the parties by the Department's District Secretary shall lie exclusively in a state court of appropriate jurisdiction in Leon County, Florida.

B. The Participant and all persons and entities accepting an assignment of this Agreement, in whole or in part, shall be deemed as having consented to personal jurisdiction in the State of Florida and as having forever waived and relinquished all personal jurisdiction defenses with respect to any proceeding related to the interpretation, validity, performance or breach of this Agreement.

## 12. JURY TRIAL

The parties hereby waive right to trial by jury of any dispute concerning the validity, interpretation, performance or breach of this Agreement.

## 13. ASSIGNMENT

The Participant shall not assign, pledge or transfer any of the rights, duties and obligations provided in this Agreement without the prior written consent of the Department's District Secretary or his/her designee.  The Department has the sole discretion and authority to grant or deny proposed assignments of this Agreement, with or without cause.  Nothing in this Agreement shall prevent the Participant from delegating its duties under the Agreement, but such delegation shall not release the Participant from its obligation to perform the Agreement.

## 14. THIRD PARTY BENEFICIARIES

This Agreement shall be binding upon and inure to the benefit of the parties and their respective successors and assigns.  Nothing in this Agreement is intended to confer any rights, privileges, benefits, obligations or remedies upon any other person or entity except as expressly provided for in the Agreement.

## 15. VOLUNTARY EXECUTION OF AGREEMENT

Each party warrants and represents to the other: (i) that it understands all of the rights and obligations set forth in the Agreement and the Agreement accurately reflects the desires of said party; (ii) each provision of the Agreement has been negotiated fairly at arm's length; (iii) it fully understands the advantages and disadvantages of the Agreement and executes the Agreement freely and voluntarily of its own accord and not as a result of any duress, coercion, or undue influence; and (iv) it had the opportunity to have independent legal advice by counsel of its own choosing in the negotiation and execution of the Agreement.

## 16. ENTIRE AGREEMENT

This instrument contains the entire understanding of the parties and no representations or promises have been made except those that are specifically set out in this Agreement.  All prior and contemporaneous conversations, negotiations, possible and alleged agreements, representations, covenants, and warranties with respect to the subject matter of this Agreement are waived and superseded by this Agreement.

## 17. EXECUTION OF DOCUMENTS

The parties agree that they shall promptly execute and deliver to the other all documents necessary to accomplish the intent and purpose of the Agreement and shall do all other acts to effectuate the Agreement.

## 18. SUFFICIENCY OF CONSIDERATION

By their signature below, the parties acknowledge the receipt, adequacy and sufficiency of consideration provided in the Agreement and forever waive the right to object to or otherwise challenge the same.

## 19. WAIVER

EXHIBIT F

**Financial Project ID:  210447-5-32-01**
Widening of SR 16 from International Golf Parkway to I-95 (SR 9)

The failure of either party to insist on the strict performance or compliance with any term or provision of the Agreement on one or more occasions shall not constitute a waiver or relinquishment of the rights provided in this Agreement and all such terms and provisions shall remain in full force and effect unless waived or relinquished in writing.

**20. INTERPRETATION**
No term or provision of the Agreement shall be interpreted for or against any party because that party or that party's legal representative drafted the provision.

**21. CAPTIONS**
Paragraph title or captions contained herein are inserted as a matter of convenience and reference and in no way define, limit, extend or describe the scope of the Agreement, or any provision hereof.

**22. SEVERANCE**
If any section, paragraph, clause or provision of the Agreement is adjudged by a court, agency or authority of competent jurisdiction to be invalid, illegal or otherwise unenforceable, all remaining parts of the Agreement shall remain in full force and effect and the parties shall be bound by the same so long as principle purposes of the Agreement remain enforceable.

**23. COMPUTATION OF TIME**
In computing any period of time prescribed in the Agreement, the day of the act, event or default from which the designated period of time begins to run, shall not be included. The last day of the period shall be included unless it is a Saturday, Sunday or legal holiday, in which event the period shall run until the end of the next day which is not a Saturday, Sunday or legal holiday.

**24. MODIFICATION OF AGREEMENT**
A modification or waiver of any of the provisions of the Agreement shall be effective only if made in writing and executed with the same formality as the Agreement.

**25. TERM OF AGREEMENT**
This Agreement shall continue in effect and be binding on the parties until the construction of the Project is completed. The Department shall not be obligated or liable hereunder to any party other than the Participant.

**26. WARRANTY**
The Participant warrants that it has not employed or obtained any company or person, other than bona fide employees of the Participant to solicit or secure this Agreement and the Participant has not paid or agreed to pay any company, corporation, individual or firm, other than a bona fide employee employed by the Participant.  For breach or violation of this provision, the Department shall have the right to terminate the Agreement without liability.

**27. PUBLIC RECORDS**
Agency shall comply with Chapter 119, Florida Statutes.  Specifically, the Agency shall:

A. Keep and maintain public records that ordinarily and necessarily would be required by the Department to perform this Agreement.

B. Upon request from the Department's custodian of public records, provide the Department with a copy of the requested records or allow the records to be inspected or copied within a reasonable time at a cost that does not exceed the cost provided in Chapter 119, Florida Statutes, or as otherwise provided by law.

C. Ensure that public records that are exempt or confidential and exempt from public records disclosure requirements are not disclosed except as authorized by law for the duration of this Agreement and following completion of the Agreement if Agency does not transfer the records to the Department.

D. Upon completion of this Agreement, transfer, at no cost, to the Department all public records in possession of Agency or keep and maintain public records required by the Department to perform this Agreement. If Agency transfers all public records to the public Agency upon completion of this Agreement,

<u>**EXHIBIT F**</u>

**Financial Project ID: 210447-5-32-01**

Widening of SR 16 from International Golf Parkway to I-95 (SR 9)

Agency shall destroy any duplicate public records that are exempt or confidential and exempt from public records disclosure requirements. If Agency keep and maintain public records upon completion of this Agreement, Agency shall meet all applicable requirements for retaining public records. All records stored electronically must be provided to the Department, upon request from the

Department's custodian of public records, in a format that is compatible with the information technology systems of the Department.

Failure by Agency to act in accordance with Chapter 119 and the foregoing shall be grounds for immediate unilateral cancellation of this Agreement by the Department.  Agency shall promptly provide the Department with a copy of any request to inspect or copy public records in possession of Agency and shall promptly provide the Department a copy of Agency's response to each such request.

IF THE CONSULTANT/CONTRACTOR/VENDOR HAS QUESTIONS REGARDING THE APPLICATION OF CHAPTER 119, FLORIDA STATUTES, TO THE CONSULTANT'S/CONTRACTOR'S/VENDOR'S DUTY TO PROVIDE PUBLIC RECORDS RELATING TO THIS AGREEMENT, CONTACT THE CUSTODIAN OF PUBLIC RECORDS AT:

> District 2
> 386-758-3727
> D2prcustodian@ dot.State.FL.us
> Florida Department of Transportation
> District 2 - Office of General Counsel
> 1109 South Marion Avenue, MS 2009
> Lake City, FL 32025

**28. ANNUAL APPROPRIATION / FUNDING**
Pursuant to §339.135(6)(a), Florida Statutes, the Department's obligation to fund construction of the Improvement is contingent upon annual appropriation by the Florida Legislature.  This Agreement may be terminated by the Department without liability to the Participant if sufficient funds are not appropriated to the Department.  The provisions of §339.135(6)(a), Florida Statutes, are set forth herein verbatim and made part of this Agreement, to wit:

> "The department, during any fiscal year, shall not expend money, incur any liability, or enter into any contract which, by its terms, involves the expenditure of money in excess of the amounts budgeted as available for expenditure during such fiscal year. Any contract, verbal or written, made in violation of this subsection is null and void, and no money may be paid on such contract. The department shall require a statement from the comptroller of the department that funds are available prior to entering into any such contract or other binding commitment of funds. Nothing herein contained shall prevent the making of contracts for periods exceeding 1 year, but any contract so made shall be executory only for the value of the services to be rendered or agreed to be paid for in succeeding fiscal years; and this paragraph shall be incorporated verbatim in all contracts of the department which are for an amount in excess of $25,000 and which have a term for a period of more than 1 year."

**IN WITNESS WHEREOF**, intending to be legally bound, the parties hereby execute this Agreement consisting of ten (10) pages.

***SIGNATURES ON FOLLOWING PAGE***

<u>**EXHIBIT F**</u>

**Financial Project ID: 210447-5-32-01**
Widening of SR 16 from International Golf Parkway to I-95 (SR 9)

| **ATTEST:** | **STATE OF FLORIDA, DEPARTMENT OF TRANSPORTATION** |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Printed Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| | **FDOT Legal Review:** |
| | By: _____ |
| |     Office of the General Counsel |
| |     Florida Department of Transportation |

| **ATTEST:** | **ST JOHNS COUNTY** |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Printed Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |
| | **Legal Review:** |
| | By: _____ |
| |     Legal Counsel for Participant |

*INTENTIONALLY LEFT BLANK*

<u>EXHIBIT F</u>

**Financial Project ID: 210447-5-32-01**
Widening of SR 16 from International Golf Parkway to I-95 (SR 9)

**EXHIBIT "A"**

**PROJECT DESCRIPTION AND RESPONSIBILITIES**

**PROJECT LOCATION:** SR 16 from International Golf Parkway to I-95 (SR 9)

**PROJECT DESCRIPTION:** design of the widening of SR 16 from two to four lanes from International Golf Parkway to I-95 (SR 9)

Page - 7 -

<u>EXHIBIT F</u>

**Financial Project ID:  210447-5-32-01**
Widening of SR 16 from International Golf Parkway to I-95 (SR 9)

**EXHIBIT "B"**

**PROJECT BUDGET**

**PARTICIPANT'S PARTICIPATION AMOUNT:** $ 5,040,000

**FUNDS ARE DUE FOR DEPOSIT ON OR BY May 15, 2023**

**EXHIBIT F**

**Financial Project ID: 210447-5-32-01**

Widening of SR 16 from International Golf Parkway to I-95 (SR 9)

# EXHIBIT "C"

## PARTICIPANT'S Letter of Intention



**St. Johns County Board of County Commissioners**

August 2, 2022

James M. Knight, P.E.
Urban Planning and Modal Administrator
Florida Department of Transportation District 2
2198 Edison Avenue
Jacksonville FL 32204

Mr. Knight,

The widening of State Road 16 from two to four lanes between International Golf Parkway and the western entrance of the St. Augustine Outlet Mall is a top priority for St. Johns County. Increasing traffic capacity along this 5.5-mile segment is essential to managing the County's recent, unprecedented population growth.

Efforts are underway to secure transportation funds owed to the County by developers. It is our strong intent to convey, not to exceed, $15,000,000 to FDOT toward the construction of State Road 16 as aforementioned. We strongly urge FDOT to begin the project design phase of construction of State Road 16 by FY23 and include the completion of State Road 16 in a 5-year work plan. The final funding amount, not to exceed $15,000,000, is subject to approval by the St Johns County Board of County Commissioners.

Thank you in advance for a collaborative effort and your attention in this matter. I look forward to hearing your response at your earliest convenience.

Sincerely,

Henry Dean, Chair
Board of County Commissioners
St. Johns County, FL

500 San Sebastian View, St. Augustine, FL 32084 | P: 904.209.0300 | F: 904.209.0310    www.sjcfl.us

Page - 9 -