<u>EXHIBIT G</u>

# Erin Tilton

| | |
|---|---|
| **From:** | Hunter Conrad |
| **Sent:** | Tuesday, February 21, 2023 10:21 AM |
| **To:** | Jesse Dunn; Brandon Patty; David Migut; Christine Valliere |
| **Cc:** | Angela Cowling |
| **Subject:** | Grand Oaks PFS |

Jesse,

Can you please work with the Clerk, GM, and legal to coordinate the transfer of the approximately $5million in escrow funds. Whatever documents to be signed or approved by me should be completed ASAP. Consider this a #1 priority. I believe legal has the necessary documentation prepared, but you may need to come down and check with Christine or David. Thank you.

V/R,



Hunter S. Conrad
County Administrator
Office of the County Administrator
St. Johns County Board of County Commissioners
500 San Sebastian View, St. Augustine FL 32084
P: (904) 209-0530 | F: (904) 209-0534
www.SJCFL.us

*Compassionate - Trustworthy - Innovative*