<u>EXHIBIT H</u>

**Erin Tilton**
___

| | |
|---|---|
| **From:** | Jesse Dunn |
| **Sent:** | Tuesday, February 21, 2023 11:03 AM |
| **To:** | Jan Trantham |
| **Cc:** | Mike Roberson |
| **Subject:** | RE: Grand Oaks Transportation Mitigation Payment PLAT 2021-48 |

Checking with Finance now – check is not reflected against this account at this time.  Total currently in escrow is $2,625,000.


Jesse Dunn
Director, Office of Management & Budget
St. Johns County Board of County Commissioners

500 San Sebastian View, St. Augustine FL 32084
P: (904) 209-0568
www.SJCFL.US
*Compassionate – Trustworthy - Innovative*

---

**From:** Jan Trantham <jtrantham@sjcfl.us>
**Sent:** Tuesday, February 21, 2023 11:00 AM
**To:** Jesse Dunn <jdunn@sjcfl.us>
**Cc:** Mike Roberson <mroberson@sjcfl.us>
**Subject:** FW: Grand Oaks Transportation Mitigation Payment PLAT 2021-48

Jesse:

See account number below and the email regarding the last payment.

Let me know if I can assist further.


**Jan Trantham**
**Senior Transportation Planner**
**Growth Management Dept**
4040 Lewis Speedway
St. Augustine, FL 32086
(904) 209-0611
jtrantham@sjcfl.us

---

**From:** Wade Schroeder <wschroeder@sjcfl.us>
**Sent:** Thursday, May 12, 2022 10:22 AM

EXHIBIT H

**To:** Victoria Kutney <vkutney@sjcfl.us>; Dwala Reid <dreid@stjohnsclerk.com>; Michael Branson <mbranson@stjohnsclerk.com>; 'Lon Stafford' <lstafford@stjohnsclerk.com>
   Jan Trantham <jtrantham@sjcfl.us>; Lisa Brown <lbrown@sjcfl.us>; Tayler Howe <thowe@sjcfl.us>; Dawn Cardenas <dcardenas@sjcfl.us>
**Subject:** RE: Grand Oaks Transportation Mitigation Payment PLAT 2021-48

This payment goes into 1111-20502016 to be held for payment back to Grand Oaks for future construction.

---

**From:** Victoria Kutney <vkutney@sjcfl.us>
**Sent:** Thursday, May 12, 2022 8:03 AM
**To:** Dwala Reid <dreid@stjohnsclerk.com>; Michael Branson <mbranson@stjohnsclerk.com>; 'Lon Stafford' <lstafford@stjohnsclerk.com>
**Cc:** Jan Trantham <jtrantham@sjcfl.us>; Lisa Brown <lbrown@sjcfl.us>; Tayler Howe <thowe@sjcfl.us>; Wade Schroeder <wschroeder@sjcfl.us>; Dawn Cardenas <dcardenas@sjcfl.us>
**Subject:** Grand Oaks Transportation Mitigation Payment PLAT 2021-48

Good Morning,

I will be bringing over a check (Check No. 0091602066) today in the amount of $2,415,000.00, which is the required transportation mitigation payment required prior to plat approval pursuant to Proportionate Fair Share Agreement (PFS AGREE 2018-03) approved by BCC 7/17/2018 recorded in BK 4618 PG 1451. Condition 4.e(iv)(a) of the PFS Agreement requires payment of transportation mitigation prior to Plat approval in the amount of $7,500/lot up to the first 212 lots, and condition 4.e(iv)(b) requires payment in the amount of $15,000/lot for each plat starting with the 213th plat.

Pursuant to the PFS Agreement, these funds are required to be held in an escrow account to be returned to the developer for construction of the widening of SR 16 from San Giacomo Rd to the Grand Oaks eastern entrance. The widening of SR 16 is to be constructed by the developer; however, until the widening is triggered and ready for construction, they are required to pay for each lot platted.

This is the payment for Phase 2A Unit 1 (PLAT 2021-48) for the platting of 161 lots. A copy of the check has been provided as an attachment above.

Please provide confirmation once check is received.

Thank you,
Victoria

Victoria Kutney, Transportation Planner
St. Johns County Growth Management Department
Transportation Development Division
4040 Lewis Speedway
St. Augustine, FL 32084
(904) 209-0753
vkutney@sjcfl.us

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from the St. Johns County Board of County Commissioners and employees regarding public business are public records available to the public and media through a request. Your e-mail communications may be subject to public disclosure.