United States District Court
Middle District of Florida
Jacksonville Division

**SOUTHEAST DEVELOPMENT PARTNERS, LLC,**
**& SOUTHEAST LAND VENTURES, LLC,**

    *Plaintiffs and Counter-Defendants,*

v.

**ST. JOHNS COUNTY, FLORIDA,**             NO. 3:23-CV-846-MMH-PDB

    *Defendant, Counterclaimant, and*
    *Third-Party Plaintiff,*

v.

**DAY LATE ENTERPRISES, INC.,**

    *Third-Party Defendant.*

___

# Order

    The Court **directs** the clerk to remove from the docket document 38. Discovery-related documents, including deposition notices, should not be filed on the docket unless and until the Court needs them to decide an issue brought to its attention. *See* Fed. R. Civ. P. 5(d)(1); Middle District Discovery § I.C.1.

    **Ordered** in Jacksonville, Florida, on April 4, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*