# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

SOUTHEAST DEVELOPMENT
PARTNERS, LLC, a Florida
limited liability company; and
SOUTHEAST LAND VENTURES,
LLC, a Florida limited liability company,

    Plaintiffs/Counter-Defendants,

                                            3:23-cv-00846-MMH-PDB

vs.

ST. JOHNS COUNTY, FLORIDA,
a political subdivision of the State
of Florida,

    Defendant/Counter-Plaintiff,
_____/

## **NOTICE OF APPEAL**

    Plaintiffs/Counter-Defendants Southeast Development Partners, LLC and Southeast Land Ventures, LLC, appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on September 13, 2024.

    A conformed copy of the judgment is attached to this Notice of Appeal as Exhibit "A."

                                        Respectfully submitted,

                                        **STEARNS WEAVER MILLER**
                                        **WEISSLER ALHADEFF & SITTERSON, P.A.**

                                        _s/ Glenn Burhans, Jr._____
                                        **Glenn Burhans, Jr.**

        Florida Bar No. 0605867
**Liz Desloge Ellis**
Florida Bar No. 97873
**Hannah E. Murphy**
Florida Bar No. 1032759
106 E. College Avenue, Suite 700
Tallahassee, Florida 32301
Telephone: (850) 580-7200
gburhans@stearnsweaver.com
lellis@stearnsweaver.com
hmurphy@stearnsweaver.com
*Counsel for Southeast Development Partners, LLC and Southeast Land Ventures, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided via the CM/ECF system on this 14th day of October, 2024, to the following:

Gregory T. Stewart
Carly J. Schrader
Matthew R. Shaud
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
gstewart@ngnlaw.com
cschrader@ngnlaw.com
mshaud@ngnlaw.com
legal-admin@ngnlaw.com

Alain E. Boileau
Nabors, Giblin & Nickerson, P.A.
8201 Peters Road, Suite 1000
Plantation, Florida 33324
aboileau@ngnlaw.com
legal-admin@ngnlaw.com

*Counsel for St. Johns County, Florida*

              s/ Glenn Burhans, Jr.
              Attorney