**UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

| | |
|---|---|
| **SOUTHEAST DEVELOPMENT PARTNERS, LLC, & SOUTHEAST LAND VENTURES, LLC,**<br><br>**Plaintiffs and Counter-Defendants,**<br><br>**v.**<br><br>**ST. JOHNS COUNTY, FLORIDA,**<br><br>**Defendant and Counterclaimant.** | **3:23-cv-00846-CRK-PDB**<br><br>**JUDGMENT** |

**ORDER**

Before the court is the Opinion and Mandate of the United States Court of Appeals for the Eleventh Circuit, affirming in part, vacating in part and remanding with instructions to reenter judgment. ECF Nos. 81, 83. The Eleventh Circuit issued its mandate to this court on September 8, 2026. ECF No. 83.

In the Eleventh Circuit Court of Appeals' Opinion, the Court explained that "Southeast Development assigned its rights under the Agreement to Southeast Land, but not its obligations," and therefore, vacated this court's "judgment against Southeast Land concerning breach of contract," and remanded to this court to "modify the judgment to indicate that only Southeast Development breached the Agreement and was obligated under the Agreement to pay all costs for the SR 16 improvements." ECF No. 81 at 40–41. However, the Eleventh Circuit also noted

> even though Southeast Land could not breach an agreement under which it had no responsibilities, the district court did not err in declaring

> the County's authority under the contract to "halt approval of additional plats," declaring the escrow payments forfeit, and requiring the assignment of "the Road Design documents and any Permits to the County." Those remedies were consistent with the County's rights to enforce the Agreement upon a breach.

ECF No. 81 at 41 n. 22. Thus, in accordance with the Opinion and Mandate of the United States Court of Appeals for the Eleventh Circuit, see ECF Nos. 81, 83, it is

**ORDERED** that this Court's order, ECF No. 70, is vacated in part; in particular, the declaration that Southeast Land Ventures, LLC ("Southeast Land") breached the Agreement and the order directing Southeast Land to pay all costs are vacated and adjusted as follows; it is

**DECLARED** that under the Concurrency and Impact Fee Credit Agreement (the "Agreement"), Southeast Development Partners, LLC, ("Southeast Development") is obligated to pay all costs for the SR 16 Improvements, and Southeast Development breached the Agreement by failing to comply with the Agreement's terms consistent with the concurrent Opinion and Order; and it is further;

**DECLARED**, the remainder of the judgment, ECF No. 70, is unaffected by this Order; and it is further

**ORDERED** that the Clerk close this case.

/s/ Claire R. Kelly
Claire R. Kelly, Judge*

Dated: September 9, 2026
New York, New York

---

* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.